United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-30960 |
| **SOURCEWATER, INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER DENYING AS MOOT MOTION FOR POST-PETITION MONTHLY RETAINER PAYMENTS

This matter is before the Court on the Motion for Post-Petition Monthly Retainer Payments (ECF No. 8) filed by the debtor. The movant has failed to self-calendar this matter for hearing as required by this Court's procedures.[1] Future motions that do not comply with the Court Procedures may be denied. The debtor was seeking an order approving post-petition monthly retainer payments to the Trustee. However, the Court has entered an order (ECF No. 11) that provides for interim trustee compensation, making this motion moot.

**THEREFORE, IT IS ORDERED** that the Motion for Post-Petition Monthly Retainer Payments is denied as moot.

SIGNED 03/20/2023

Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court Procedures can be found at the following website: http://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.

1 / 1