# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-30960 (jpn) |
| **Sourcewater, Inc.** *dba* **Sourcenergy,** | § | |
| | § | Chapter 11 |
| Debtor. | § | Subchapter V |

## NOTICE OF FILING STATEMENT OF CASH FLOWS, PROFIT AND LOSS STATEMENT, AND BALANCE SHEET FOR THE PERIOD JANUARY 1, 2023 – MARCH 17, 2023

PLEASE TAKE NOTICE of the attached Debtor's:

1. Statement of Cash Flows;

2. Profit and Loss Statement; and

3. Balance Sheet.

Each of these financial documents are for the period January 1, 2023 – March 17, 2023.

Dated: April 18, 2023

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com

*Proposed Counsel for Debtor*

## Sourcenergy, Inc.
## Profit and Loss
### January - December, 2023

| | Jan-23 | Feb-23 | Mar 1-17, 23 | Total |
|---|---:|---:|---:|---:|
| **Income** | | | | |
|   Sales | | | | |
|     Data Base Subscriptions | 59,031.88 | 51,099.59 | 52,274.56 | 162,406.03 |
|     Late Fees + CC Fees | | | | 0.00 |
|     Services | | 1,675.89 | 1,692.87 | 3,368.76 |
|   **Total Sales** | $ 59,031.88 | $ 52,775.48 | $ 53,967.43 | $ 165,774.79 |
| **Total Income** | $ 59,031.88 | $ 52,775.48 | $ 53,967.43 | $ 165,774.79 |
| **Cost of Goods Sold** | | | | |
|   Data Costs | 5,550.00 | 7,000.00 | 8,000.00 | 20,550.00 |
|   Website Hosting & Support | 16,272.05 | | | 16,272.05 |
| **Total Cost of Goods Sold** | $ 21,822.05 | $ 7,000.00 | $ 8,000.00 | $ 36,822.05 |
| **Gross Profit** | $ 37,209.83 | $ 45,775.48 | $ 45,967.43 | $ 128,952.74 |
| **Expenses** | | | | |
|   Advertising - Digital | 30.05 | 1,607.51 | | 1,637.56 |
|   Advertising - Marketing | 2,735.42 | 52.23 | 27.23 | 2,814.88 |
|   Bank Charges | 26.56 | 50.00 | 50.51 | 127.07 |
|   Conference Fees | | 480.00 | 1,820.06 | 2,300.06 |
|   Industry Events/Materials | | 450.00 | | 450.00 |
|   Insurance | 1,205.49 | 1,205.49 | 910.26 | 3,321.24 |
|   Interest Expense | 699.13 | 630.50 | 613.90 | 1,943.53 |
|   Meals and Entertainment | | | | 0.00 |
|     Travel Meals | | | | 0.00 |
|   **Total Meals and Entertainment** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
|   Memberships | | | | 0.00 |
|   Merchant Processing Fees | 51.00 | 52.00 | 32.00 | 135.00 |
|   Office Expenses | | | | 0.00 |
|   Office Rent | 30.00 | 30.00 | 30.00 | 90.00 |
|   Online Software & Subscriptions | 2,578.09 | 2,629.79 | 819.68 | 6,027.56 |
|   Payroll | | | | |
|     Commissions | 1,984.64 | 4,279.82 | 0.00 | 6,264.46 |
|     Employer Taxes | 3,613.73 | 1,354.57 | 537.79 | 5,506.09 |
|     Health Care | 5,928.40 | 4,816.78 | 462.21 | 11,207.39 |
|     Health Care - Employee Deductible | -1,969.56 | -2,201.86 | -140.78 | -4,312.20 |
|     Processing Fees | 242.11 | 103.00 | 221.33 | 566.44 |
|     Severance Pay | | 14,318.26 | | 14,318.26 |
|     Wages | 44,761.52 | 30,641.59 | 3,745.02 | 79,148.13 |
|   **Total Payroll** | $ 54,560.84 | $ 53,312.16 | $ 4,825.57 | $ 112,698.57 |
|   Product Consulting | | | | 0.00 |
|   Professional Fees | | | | |
|     General | | | | 0.00 |
|     Legal & Accounting | 2,391.00 | 12,799.38 | 55,575.00 | 70,765.38 |
|     Marketing Consulting | | | | 0.00 |
|     Patent Work | 5,553.00 | 2,370.00 | 2,865.00 | 10,788.00 |
|     Product Development | 4,350.00 | 3,629.00 | | 7,979.00 |
|   **Total Professional Fees** | $ 12,294.00 | $ 18,798.38 | $ 58,440.00 | $ 89,532.38 |
|   Research & Development | | 28.00 | 28.00 | 56.00 |
|   Shipping & Postage | | | | 0.00 |
|   Taxes & Licenses | | | | 0.00 |
|   Travel | | | | 0.00 |
|   Utilities | -144.89 | 158.00 | 166.14 | 179.25 |
| **Total Expenses** | $ 74,065.69 | $ 79,484.06 | $ 67,763.35 | $ 221,313.10 |
| **Net Operating Income** | -$ 36,855.86 | -$ 33,708.58 | -$ 21,795.92 | -$ 92,360.36 |
| **Other Income** | | | | |
|   Other Income | | | | 0.00 |
| **Total Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Other Expenses** | | | | |
|   Interest Expense-Convertible Notes | 8,138.33 | 8,138.33 | | 16,276.66 |
|   Energy Debt Holdings LLC - Interest Paid | | | | 0.00 |
|   Loss on Fixed Asset Disposal | | | | 0.00 |
| **Total Other Expenses** | $ 8,138.33 | $ 8,138.33 | $ 0.00 | $ 16,276.66 |
| **Net Other Income** | -$ 8,138.33 | -$ 8,138.33 | $ 0.00 | -$ 16,276.66 |
| **Net Income** | -$ 44,994.19 | -$ 41,846.91 | -$ 21,795.92 | -$ 108,637.02 |
| | | | | |
| **EBITDA** | -36,156.73 | -33,078.08 | -21,182.02 | -90,416.83 |

**Sourcenergy, Inc.**
**Balance Sheet**
As of March 17, 2023

| | Jan-23 | Feb-23 | March 17, 2023 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Bank Accounts** | | | |
| Cash Clearing | 0.00 | 0.00 | 0.00 |
| Checking - Amegy 6048 | -5,647.98 | -4,953.08 | -6,822.41 |
| Checking - BB&T 9075 | 456.02 | 456.02 | 456.02 |
| Checking - TD Bank 5650 | 1,510.00 | 1,510.00 | 1,510.00 |
| Savings - Amegy Sweep 8818 | -254.88 | -254.88 | -254.88 |
| **Total Bank Accounts** | -$ 3,936.84 | -$ 3,241.94 | -$ 5,111.27 |
| **Accounts Receivable** | | | |
| Accounts Receivable | 204,573.79 | 198,421.08 | 202,655.23 |
| **Total Accounts Receivable** | $ 204,573.79 | $ 198,421.08 | $ 202,655.23 |
| **Other Current Assets** | | | |
| Due from Wellsite Navigator | 0.00 | 0.00 | 0.00 |
| Prepaid Expenses | 14,050.19 | 13,595.36 | 13,595.36 |
| Undeposited Funds | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | $ 14,050.19 | $ 13,595.36 | $ 13,595.36 |
| **Total Current Assets** | $ 214,687.14 | $ 208,774.50 | $ 211,139.32 |
| **Fixed Assets** | | | |
| Computers & Peripherals | 0.00 | 0.00 | 0.00 |
| Fixed Asset Office Equipment | 0.00 | 0.00 | 0.00 |
| Intangible Assets | 7,578.16 | 7,578.16 | 7,578.16 |
| Leasehold Improvements | 0.00 | 0.00 | 0.00 |
| x Accumulated Depreciation | 0.00 | 0.00 | 0.00 |
| **Total Fixed Assets** | $ 7,578.16 | $ 7,578.16 | $ 7,578.16 |
| **Other Assets** | | | |
| Security Deposits | 0.00 | 0.00 | 0.00 |
| **Total Other Assets** | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL ASSETS** | $ 222,265.30 | $ 216,352.66 | $ 218,717.48 |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| Accounts Payable | 223,168.05 | 228,348.43 | 241,152.43 |
| **Total Accounts Payable** | $ 223,168.05 | $ 228,348.43 | $ 241,152.43 |
| **Credit Cards** | | | |
| CC - Amegy 9040 Control | 49,900.21 | 53,171.25 | 53,252.92 |
| CC - Amegy 1358 D Wallin | 0.00 | 0.00 | 0.00 |
| CC - Amegy 2687 S Brown | 0.00 | 0.00 | 0.00 |
| CC - Amegy 9057 J Adler | 0.00 | 0.00 | 0.00 |
| CC - Amegy 9081 D Moorefield | 0.00 | 0.00 | 0.00 |
| CC - Amegy 9099 J Halpern | 0.00 | 0.00 | 0.00 |
| **Total CC - Amegy 9040 Control** | $ 49,900.21 | $ 53,171.25 | $ 53,252.92 |
| CC - Amegy 9040 Control CC - Amegy 0293 L McDougald | 0.00 | 0.00 | 0.00 |
| **Total Credit Cards** | $ 49,900.21 | $ 53,171.25 | $ 53,252.92 |
| **Other Current Liabilities** | | | |
| Accrued Payroll Liability | 83,087.50 | 91,934.66 | 96,358.24 |
| Customer Deposits | 0.00 | 0.00 | 0.00 |
| Energy Debt Holdings LLC - Loan Payable | 529,152.61 | 529,152.61 | 529,152.61 |
| Payroll Clearing | 779.38 | 276.56 | 108.55 |
| Sales Tax Payable | 11,463.72 | 10,907.99 | 10,907.99 |
| Unearned Revenue | 297,243.92 | 251,325.83 | 199,051.27 |
| **Total Other Current Liabilities** | $ 921,727.13 | $ 883,597.65 | $ 835,578.66 |
| **Total Current Liabilities** | $ 1,194,795.39 | $ 1,165,117.33 | $ 1,129,984.01 |
| **Long-Term Liabilities** | | | |
| Convertible Note Payable-Investors | 400,749.66 | 400,749.66 | 400,749.66 |
| Interest Accrued - Convertible Notes Investors | 134,869.90 | 139,708.23 | 139,708.23 |
| Interest Accrued - Notes Payable Officer | 69,050.00 | 72,350.00 | 72,350.00 |
| Note Payable-Officer | 1,029,014.05 | 1,089,014.05 | 1,149,014.05 |
| Notes Payable - EIDL Loan | 494,848.00 | 492,322.00 | 489,796.00 |
| Notes Payable - PPP Loan | 0.00 | 0.00 | 0.00 |
| **Total Long-Term Liabilities** | $ 2,128,531.61 | $ 2,194,143.94 | $ 2,251,617.94 |
| **Total Liabilities** | $ 3,323,327.00 | $ 3,359,261.27 | $ 3,381,601.95 |
| **Equity** | | | |
| APIC - Series A | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 |
| Series A Legal Fees | -120,638.62 | -120,638.62 | -120,638.62 |
| **Total APIC - Series A** | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 |
| Common Stock | 4,000.00 | 4,000.00 | 4,000.00 |
| Retained Earnings | -10,622,074.80 | -10,622,074.80 | -10,622,074.80 |
| Net Income | -44,994.19 | -86,841.10 | -106,816.96 |
| **Total Equity** | -$ 3,101,061.70 | -$ 3,142,908.61 | -$ 3,162,884.47 |
| **TOTAL LIABILITIES AND EQUITY** | $ 222,265.30 | $ 216,352.66 | $ 218,717.48 |

## Sourcenergy, Inc.
## Statement of Cash Flows
### January 1 - March 17, 2023

| | Jan 2023 | Feb 2023 | Mar 1-17, 2023 | Total |
|---|---:|---:|---:|---:|
| **OPERATING ACTIVITIES** | | | | |
| Net Income | -44,994.19 | -41,846.91 | -19,975.86 | -106,816.96 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | | | 0.00 |
| Accounts Receivable | 71,465.22 | 6,152.71 | -4,234.15 | 73,383.78 |
| Prepaid Expenses | 454.83 | 454.83 | | 909.66 |
| Accounts Payable | -11,921.25 | 5,180.38 | 12,804.00 | 6,063.13 |
| CC - Amegy 9040 Control | -4,534.72 | 3,271.04 | 81.67 | -1,182.01 |
| CC - Amegy 9040 Control:CC - Amegy 9057 J Adler | 605.24 | | | 605.24 |
| CC - Amegy 9040 Control CC - Amegy 0293 L McDougald | 88.33 | | | 88.33 |
| Accrued Payroll Liability | 8,847.16 | 8,847.16 | 4,423.58 | 22,117.90 |
| Payroll Clearing | -112.50 | -502.82 | -168.01 | -783.33 |
| Sales Tax Payable | -900.55 | -555.73 | | -1,456.28 |
| Unearned Revenue | -49,231.88 | -45,918.09 | -52,274.56 | -147,424.53 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | $ 14,759.88 | -$ 23,070.52 | -$ 39,367.47 | -$ 47,678.11 |
| Net cash provided by operating activities | -$ 30,234.31 | -$ 64,917.43 | -$ 59,343.33 | -$ 154,495.07 |
| **FINANCING ACTIVITIES** | | | | |
| Interest Accrued - Convertible Notes Investors | 4,838.33 | 4,838.33 | | 9,676.66 |
| Interest Accrued - Notes Payable Officer | 3,300.00 | 3,300.00 | | 6,600.00 |
| Note Payable-Officer | 30,000.00 | 60,000.00 | 60,000.00 | 150,000.00 |
| Notes Payable - EIDL Loan | -2,526.00 | -2,526.00 | -2,526.00 | -7,578.00 |
| Net cash provided by financing activities | $ 35,612.33 | $ 65,612.33 | $ 57,474.00 | $ 158,698.66 |
| Net cash increase for period | $ 5,378.02 | $ 694.90 | -$ 1,869.33 | $ 4,203.59 |