**Fill in this information to identify the case:**

Debtor name    **Sourcewater, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30960**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2023**    X **/s/ Joshua A. Adler**
                                      Signature of individual signing on behalf of debtor

                                      **Joshua A. Adler**
                                      Printed name

                                      **Chief Executive Officer**
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sourcewater, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **23-30960** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Crown Oil Partners LP PO Box Midland, TX 79710** | | **Convertible Note** | | | | **$150,000.00** |
| **William Crump Holdings LLC PO Box 50820 Midland, TX 79710** | | **Convertible Note** | | | | **$75,000.00** |
| **AZA - Ahmad, Zavitsanos, Anaipakos 1221 McKinney Suite 2500 Houston, TX 77010** | | **Professional Services** | | | | **$55,760.62** |
| **Tony Annunziato 403 W. Cowan Drive Houston, TX 77007** | | **Convertible Note** | | | | **$50,000.00** |
| **John K. Hoskinson 888 17th Street NW Suite 210 Washington, DC 20006-3313** | | **Convertible Note** | | | | **$50,000.00** |
| **Amegy Bank Bankcard Center PO Box 25787 Salt Lake City, UT 84125-0787** | | **Credit Card** | | | | **$49,304.77** |
| **Cuebiq Inc. 1460 Broadway Suite 15006 New York, NY 10036** | | **Trade Debt** | | | | **$43,000.00** |
| **Medler Ferro Woodhouse & Mills PLC 8201 Greensboro Drive Suite 1060 McLean, VA 22102** | | **Professional Services** | | | | **$29,489.95** |

| Debtor | Sourcewater, Inc. | | Case number *(if known)* | 23-30960 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Skip McBride 807 Old Lake Road Houston, TX 77057 | | Convertible Note | | | | $25,000.00 |
| HUBSPOT 25 1st Street Cambridge, MA 02141 | | Trade Debt | | | | $19,800.00 |
| QipWorks, Inc. 101 Arch Street 8th Floor Boston, MA 02110 | | Trade Debt | | | | $19,385.00 |
| Bonafide 5318 Weslayan Street Suite 128 Houston, TX 77005 | | Trade Debt | | | | $13,500.00 |
| Flash Data LLC 2450 Louisiana Street 400-160 Houston, TX 77006 | | Trade Debt | | | | $12,537.95 |
| Texas Comptroller of Public Accounts PO Box 13528 Capital Station Austin, TX 78711-3528 | | Sales and Use Tax | Contingent | | | $10,907.99 |
| Amy Stewart Law 5307 East Mockingbird Lane Suite 425 Dallas, TX 75206 | | Professional Services | | | | $10,752.50 |
| DW House LLC 2429 Bissonnet Street #497 Houston, TX 77005 | | Trade Debt | | | | $10,050.00 |
| Scaleview 701 Brazos Street #530 Austin, TX 78701 | | Trade Debt | | | | $8,333.33 |
| Dunlap Codding 609 W. Sheridan Avenue Oklahoma City, OK 73102 | | Professional Services | | | | $8,000.00 |
| ChurnZero, Inc. 4114 Blackthorn Street Chevy Chase, MD 20815 | | Trade Debt | | | | $6,000.00 |

| Debtor | **Sourcewater, Inc.** | Case number *(if known)* | **23-30960** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veraset LLC 2810 N Church Street #38188 Wilmington, DE 19802** | | **Trade Debt** | | | | **$5,500.00** |

**Fill in this information to identify the case:**

Debtor name   **Sourcewater, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30960**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................   $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................   $    **243,168.13**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................   $    **243,168.13**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **2,110,488.66**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $    **111,230.34**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$    **723,401.15**

4. Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b   $    **2,945,120.15**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-30960** |
| | § | |
| **Sourcewater, Inc. *dba* Sourcenergy,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | **Subchapter V** |

---

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING
THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND
STATEMENT OF FINANCIAL AFFAIRS**

---

Sourcewater Energy, Inc. dba Sourcenergy ("**Sourcewater**" or "**Debtor**") as debtor in this chapter 11 case, with the assistance of its advisors, filed its Schedules of Assets and Liabilities ("**Schedules**") and Statement of Financial Affairs ("**Statement**") (jointly, "**Statement and Schedules**") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division ("**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* ("**Global Notes**") pertain to, are incorporated by reference in, and compromise an integral part of all of the Debtor's Statement and Schedules. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Statement and Schedules.

The Statement and Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally,

the Statement and Schedules contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's commercially reasonable efforts to report its assets and liabilities.

### Global Notes and Overview of Methodology

1.      **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Statement and Schedules; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Statement and Schedules from time to time.

2.      **Valuation Methodologies**. The cost to value the Debtor's patents was not commercially feasible, and the Debtor therefore listed the values as unknown.

3.      **Causes of Action**.  Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Statement and Schedules, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

4.      **Global Notes Control**. In the event that the Statement and Schedules differ from these Global Notes, the Global Notes control.

5.      **Schedule A/B**. As stated in the Valuation Methodologies, the Debtor had insufficient capital to value the patents, software, and domain names. The book value of the patent portfolio as a whole is approximately $640,000.

6.      **Schedule D**. The schedules do not account for disputes relating to the liens, including avoidance actions or issues relating to proper perfection of liens.

7.    **Schedule F**. As of the filing of the Schedules, certain dollar amounts for individual creditors was not known. As relevant documents are reviewed, the Debtor may supplement and amend the schedules.

Dated: April 14, 2023

Sourcewater, Inc.,
a Delaware corporation

By:    /s/ Joshua Adler
      Joshua Adler, CEO

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sourcewater, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-30960** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amegy Bank, N.A.**<br>**PO Box 26547**<br>**Salt Lake City, UT 84126** | Checking | 6048 | $7,729.83 |
| 3.2. | **TD Bank**<br>**2035 Limestone Road**<br>**Wilmington, DE 19808** | Checking | 5650 | $1,510.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $9,239.83 |
|---|

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **Sourcewater, Inc.**
Name

Case number *(If known)* **23-30960**

| 11a. 90 days old or less: | 6,907.20 | - | 0.00 | =.... | $6,907.20 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 369,234.20 | - | 184,617.10 | =.... | $184,617.10 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$191,524.30

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

---

| Debtor | **Sourcewater, Inc.** | | | Case number *(If known)* **23-30960** |
|---|---|---|---|---|
| | <small>Name</small> | | | |

| General description | Net book value of debtor's interest <br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br>**COMPUTERIZED TECHNIQUES FOR FACILITATING EXCHANGE OF A WATER RESOURCE** <br>US Patent Application # 14/864,305 \| patent pending | $0.00 | | Unknown |
| **OILFIELD WATER MANAGEMENT** <br>US Patent Application # 14/837,930 \| Patent # 10565540 | $0.00 | | Unknown |
| **OILFIELD WATER MANAGEMENT** <br>US Patent Application # 16/790,887 \| Patent Pending | $0.00 | | Unknown |
| **OILFIELD WATER MANAGEMENT** <br>US Patent Application # 17/350,566 \| Patent # 11556882 | $0.00 | | Unknown |
| **OILFIELD WATER MANAGEMENT** <br>US Patent Application # 18/154,473 \| Patent Pending | $0.00 | | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD ANALYSIS** <br>US Patent Application # 16/425,192 \| Patent # 10467473 | $0.00 | | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD ANALYSIS** <br>US Patent Application # 16/663,724 \| Patent # 10726263 | $0.00 | | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD ANALYSIS USING JOINT IMAGE IDENTIFICATION** <br>US Patent Application # 16/425,227 \| Patent # 10460169 | $0.00 | | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD ANALYSIS USING JOINT IMAGE IDENTIFICATION** <br>US Patent Application # 16/663,753 \| Patent # 10915751 | $0.00 | | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD ANALYSIS USING JOINT IMAGE IDENTIFICATION** <br>US Patent Application # 17/168,600 \| Patent Pending | $0.00 | | Unknown |

| Debtor | **Sourcewater, Inc.** | Case number *(If known)* **23-30960** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR ENERGY INFRASTRUCTURE ANALYSIS USING PRE-** US Patent Application # 16/289,376 \| Patent # 10339646 | $0.00 | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR ENERGY INFRASTRUCTURE ANALYSIS USING PRE-** US Patent Application # 16/457,065 \| Patent # 11004192 | $0.00 | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR ENERGY INFRASTRUCTURE ANALYSIS USING PRE-** US Patent Application # 17/314,556 \| Patent # 11379971 | $0.00 | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD STATUS ANALYSIS** US Patent Application # 16/425,235 \| Patent # 10460170 | $0.00 | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD STATUS ANALYSIS** US Patent Application # 16/663,769 \| Patent # 10719708 | $0.00 | Unknown |
| **IMAGE PROCESSING OF AERIAL IMAGERY FOR OILFIELD STATUS ANALYSIS** US Patent Application # 16/932,078 \| Patent Pending | $0.00 | Unknown |
| **ROUTING OF FLUID PIPELINES** US Patent Application # 17/665,098 \| Patent Pending | $0.00 | Unknown |
| **IDENTIFICATION AND VALIDATION OF ROADS USING AERIAL IMAGERY AND MOBILE LOCATION** Canadian Patent Application # 3,146,294 \| Patent Pending | $0.00 | Unknown |
| **IDENTIFICATION AND VALIDATION OF ROADS USING AERIAL IMAGERY AND MOBILE LOCATION** European Patent Application # 20 750 910.0 \| Patent Pending | $0.00 | Unknown |

Debtor **Sourcewater, Inc.**
Name

Case number *(If known)* **23-30960**

| | | |
|---|---|---|
| **IDENTIFICATION AND VALIDATION OF ROADS USING AERIAL IMAGERY AND MOBILE LOCATION**<br>US Patent Application # 16/506,446 \| Patent # 10635904 | $0.00 | Unknown |
| **IDENTIFICATION AND VALIDATION OF ROADS USING AERIAL IMAGERY AND MOBILE LOCATION ...**<br>US Patent Application # 16/857,638 \| Patent # 11048937 | $0.00 | Unknown |
| **IDENTIFICATION AND VALIDATION OF ROADS USING AERIAL IMAGERY AND MOBILE LOCATION ...**<br>US Patent Application # 17/358,685 \| Patent Pending | $0.00 | Unknown |
| **SYSTEMS AND METHODS FOR CHARACTERIZING SUBSTANCE TRANSFER STATIONS**<br>US Patent Application # 16/541,543 \| Patent Pending | $0.00 | Unknown |
| **DETERMINATION OF REFINED OILFIELD WATER DISPOSAL LOCATIONS BASED**<br>US Patent Application # 16/670,080 \| Patent # 10810688 | $0.00 | Unknown |
| **SYSTEM AND METHOD FOR MONITORING DISPOSAL OF WASTEWATER IN ONE OR MORE DISPOSAL ...**<br>US Patent Application # 16/583,737 \| Patent # 10975667 | $0.00 | Unknown |
| **LOCATION BASED INTELLIGENCE FOR OILFIELD INFORMATION PLATFORMS**<br>US Patent Application # 17/145,892 \| Patent # 11184740 | $0.00 | Unknown |
| **LOCATION DATA BASED INTELLIGENCE FOR SUPPLY CHAIN INFORMATION PLATFORMS**<br>US Patent Application # 17/532,505 \| Patent # 11601785 | $0.00 | Unknown |
| **LOCATION DATA BASED INTELLIGENCE FOR SUPPLY CHAIN INFORMATION PLATFORMS**<br>US Patent Application # 18/178,074 \| Patent Pending | $0.00 | Unknown |
| **SYSTEMS AND METHODS FOR ASSESSING SEISMIC RISK**<br>US Patent Application # 17/384,098 \| Patent # 11333792 | $0.00 | Unknown |

| Debtor | **Sourcewater, Inc.** | Case number *(If known)* **23-30960** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| | **SYSTEMS AND METHODS FOR ASSESSING SEISMIC RISK**<br>**US Patent Application # 17/745,393 | Patent Pending** | $0.00 | Unknown |
| | **SYSTEMS AND METHODS FOR ASSESSING SEISMIC RISK**<br>**US Patent Application # PCT/US2022/29658 | Patent Pending** | $0.00 | Unknown |
| 61. | **Internet domain names and websites**<br>www.sourcewater.com | $0.00 | Unknown |
| | www.sourcenergy.com | $0.00 | Unknown |
| | www.drillmap.com | $0.00 | Unknown |
| | www.santaritawater.com | $0.00 | Unknown |
| | www.sourcewater.io | $0.00 | Unknown |
| | www.dirtworkalert.com | $0.00 | Unknown |
| | www.prepermit.com | $0.00 | Unknown |
| | www.dirtworkalerts.com | $0.00 | Unknown |
| | www.swdprepermit.com | $0.00 | Unknown |
| | www.pre-permit.com | $0.00 | Unknown |
| | www.permianalerts.com | $0.00 | Unknown |
| | www.energy-alerts.com | $0.00 | Unknown |
| | www.oilfieldalerts.com | $0.00 | Unknown |
| | www.fracvision.com | $0.00 | Unknown |
| | www.fracalert.com | $0.00 | Unknown |
| | www.fracsat.com | $0.00 | Unknown |
| | www.fracscape.com | $0.00 | Unknown |

| Debtor | **Sourcewater, Inc.** | Case number *(If known)* **23-30960** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| www.sourcenergy.co | $0.00 | Unknown |
| www.sourcenergy.info | $0.00 | Unknown |
| www.sourcenergy.io | $0.00 | Unknown |

| | | | |
|---|---|---|---|
| 62. | Licenses, franchises, and royalties | | |
| 63. | Customer lists, mailing lists, or other compilations | | |
| | Customer List | $0.00 | Unknown |
| 64. | Other intangibles, or intellectual property | | |
| | Sourcewater Pro/Watermap Pro Software | $0.00 | Unknown |
| | Sourcewater GEO/Watermap GEO Software | $0.00 | Unknown |
| | Dirtwork Alert Software | $0.00 | Unknown |
| | Fracscape Software | $0.00 | Unknown |
| 65. | Goodwill | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

| Debtor | **Sourcewater, Inc.** | Case number *(If known)* **23-30960** |
|---|---|---|
| | Name | |

Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

     **Business Owner's Policy - The Hartford**          Unknown

     **D&O Insurance: Scottsdale Indemnity**          Unknown

     **Media Tech Liability and General Liability - Beazley Media Tech**          Unknown

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Enverus**          Unknown

| **Nature of claim** | **Potential Causes of Action** |
|---|---|
| **Amount requested** | **$0.00** |

     **Jay "North" Whipple**          Unknown

| **Nature of claim** | **Potential Causes of Action** |
|---|---|
| **Amount requested** | **$0.00** |

     **Ponderosa Advisors, LLC dba B3 Insight**          Unknown

| **Nature of claim** | **Potential Causes of Action** |
|---|---|
| **Amount requested** | **$0.00** |

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Amazon Web Services New Customer Credit (non-transferable)**          $42,404.00

**78.**    **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.          | $42,404.00 |

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Debtor | **Sourcewater, Inc.** | Case number *(If known)* | **23-30960** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,239.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $191,524.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $42,404.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $243,168.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $243,168.13 |

| Fill in this information to identify the case: |
|---|

Debtor name **Sourcewater, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-30960**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Energy Debt Holdings, LLC** | | **$529,152.61** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 249
Oklahoma City, OK 73101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All tangible and intangible property**

Creditor's email address, if known

**Describe the lien**
**Senior Secured Note**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/22/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Joshua A. Adler** | | $1,089,014.05 | Unknown |
|---|---|---|---|---|

Creditor's Name

**16 Robin Road
Rye, NH 03870**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All tangible and intangible property**

Creditor's email address, if known

**Describe the lien**
**Revolving Credit Note**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Sourcewater, Inc.** | Case number (if known) | **23-30960** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Small Business Administration** | **Describe debtor's property that is subject to a lien** | $492,322.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All tangible and intangible property** | | |

**409 Third Street SW**
**Washington, DC 20024**

Creditor's mailing address

**Describe the lien**
**EIDL**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**5/16/2020**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,110,488.66 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Sourcewater, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-30960**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,964.11** | **$3,964.11** |
|---|---|---|---|---|

2.1 — Priority creditor's name and mailing address
**Harris County, et al.**
**PO Box 3547**
**Houston, TX 77253-3547**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$3,964.11**    Priority amount **$3,964.11**

Date or dates debt was incurred
**2020**

Last 4 digits of account number **0000**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Ad Valorem Taxes**

Is the claim subject to offset?
■ No
☐ Yes

2.2 — Priority creditor's name and mailing address
**Joshua A. Adler**
**16 Robin Road**
**Rye, NH 03870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$96,358.24**    Priority amount **$13,650.00**

Date or dates debt was incurred
**2022-2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Sourcewater, Inc. | Case number (if known) | 23-30960 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,907.99 | $10,907.99 |
|---|---|---|---|---|
| | **Texas Comptroller of Public Accounts**<br>**PO Box 13528**<br>**Capital Station**<br>**Austin, TX 78711-3528** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales and Use Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,122.50 |
|---|---|---|---|
| | **Adaptive**<br>**4446 Cedar Lake Road**<br>**Minneapolis, MN 55416** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,650.00 |
|---|---|---|---|
| | **AirCall**<br>**233 Park Avenue S.**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,304.77 |
|---|---|---|---|
| | **Amegy Bank**<br>**Bankcard Center**<br>**PO Box 25787**<br>**Salt Lake City, UT 84125-0787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number **9057** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,752.50 |
|---|---|---|---|
| | **Amy Stewart Law**<br>**5307 East Mockingbird Lane**<br>**Suite 425**<br>**Dallas, TX 75206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,760.62 |
|---|---|---|---|
| | **AZA - Ahmad, Zavitsanos, Anaipakos**<br>**1221 McKinney**<br>**Suite 2500**<br>**Houston, TX 77010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Sourcewater, Inc. | Case number (if known) | 23-30960 |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,500.00** |
|---|---|---|---|

**Bonafide**
**5318 Weslayan Street**
**Suite 128**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,749.66** |
|---|---|---|---|

**BTG LLC**
**210 Park Avenue**
**Suite 1350**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/20

**Basis for the claim:** __Convertible Note__

Last 4 digits of account number  N002

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,970.00** |
|---|---|---|---|

**Business Wire, Inc.**
**Department 34182**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**ChurnZero, Inc.**
**4114 Blackthorn Street**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Crowe LLP**
**PO Box 71570**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Professional Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,000.00** |
|---|---|---|---|

**Crown Oil Partners LP**
**PO Box**
**Midland, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/12/2020

**Basis for the claim:** __Convertible Note__

Last 4 digits of account number  N003

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43,000.00** |
|---|---|---|---|

**Cuebiq Inc.**
**1460 Broadway**
**Suite 15006**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sourcewater, Inc. | Case number (if known) | 23-30960 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Dunlap Codding**
**609 W. Sheridan Avenue**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Professional Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,050.00 |
|---|---|---|---|

**DW House LLC**
**2429 Bissonnet Street**
**#497**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,575.00 |
|---|---|---|---|

**Eisner Advisory Group**
**733 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Professional Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Experfy, Inc.**
**1700 West Park Drive**
**Suite 190**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,537.95 |
|---|---|---|---|

**Flash Data LLC**
**2450 Louisiana Street**
**400-160**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,820.06 |
|---|---|---|---|

**Freeman Company**
**PO Box 734596**
**Dallas, TX 75373-4596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.38 |
|---|---|---|---|

**Gish PLLC**
**41 Madison Avenue**
**Floor 31**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Professional Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

| | |
|---|---|
| Debtor | **Sourcewater, Inc.** |
| | Name |
| Case number (if known) | **23-30960** |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$19,800.00** |
| | **HUBSPOT**<br>**25 1st Street**<br>**Cambridge, MA 02141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$50,000.00** |
| | **John K. Hoskinson**<br>**888 17th Street NW**<br>**Suite 210**<br>**Washington, DC 20006-3313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _3/12/20_ | Basis for the claim: __Convertible Note__ |
| | Last 4 digits of account number __N004__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$29,489.95** |
| | **Medler Ferro Woodhouse & Mills PLC**<br>**8201 Greensboro Drive**<br>**Suite 1060**<br>**McLean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Professional Services__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$3,750.00** |
| | **Minerals & Royalty Authority**<br>**2602 Copperleaf Court**<br>**Katy, TX 77494** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$55.75** |
| | **Odetta, Inc.**<br>**4023 Kennett Pike**<br>**#50380**<br>**Wilmington, DE 19807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$2,679.44** |
| | **Outlogic LLC**<br>**6525 The Corners Parkway NW**<br>**Suite 400**<br>**Norcross, GA 30092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$2,085.24** |
| | **Piper Sandler & Co**<br>**609 Main Street**<br>**Suite 3800**<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Cost Reimbursement for Professionals__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Sourcewater, Inc. | | Case number (if known) | 23-30960 |
|---|---|---|---|---|
| | Name | | | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ponderosa Advisors, LLC dba B3 Insight**<br>**c/o Donald E. Lake, III**<br>**Lewis Brisbois et al**<br>**1700 Lincoln Street, Suite 4000**<br>**Denver, CO 80203** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred ___ | **Basis for the claim:** __Legal Action__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No □ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,385.00** |
|---|---|---|
| **QipWorks, Inc.**<br>**101 Arch Street**<br>**8th Floor**<br>**Boston, MA 02110** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| Date(s) debt was incurred ___ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No □ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,333.33** |
|---|---|---|
| **Scaleview**<br>**701 Brazos Street**<br>**#530**<br>**Austin, TX 78701** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| Date(s) debt was incurred ___ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No □ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|
| **Skip McBride**<br>**807 Old Lake Road**<br>**Houston, TX 77057** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| Date(s) debt was incurred __3/12/2020__ | **Basis for the claim:** __Convertible Note__ | |
| Last 4 digits of account number __N005__ | Is the claim subject to offset? ■ No □ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|
| **Tony Annunziato**<br>**403 W. Cowan Drive**<br>**Houston, TX 77007** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| Date(s) debt was incurred __3/12/20__ | **Basis for the claim:** __Convertible Note__ | |
| Last 4 digits of account number __N001__ | Is the claim subject to offset? ■ No □ Yes | |

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,339.00** |
|---|---|---|
| **Velotio Technologies Private Limited**<br>**3rd Floor, AG Trade Center, Ram Magar, B**<br>**Pune, Maharastra 411021, India** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| Date(s) debt was incurred ___ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No □ Yes | |

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|
| **Veraset LLC**<br>**2810 N Church Street**<br>**#38188**<br>**Wilmington, DE 19802** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| Date(s) debt was incurred ___ | **Basis for the claim:** __Trade Debt__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No □ Yes | |

| Debtor | Sourcewater, Inc. | Case number (if known) | 23-30960 |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**William Crump Holdings LLC**
**PO Box 50820**
**Midland, TX 79710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/12/2020**

Basis for the claim: **Convertible Note**

Last 4 digits of account number **N006**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Donald Patrick Arthur Yarborough<br>Foster Yarborough PLLC<br>917 Franklin Street, Suite 220<br>Houston, TX 77002 | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Jeffrey H. Kass<br>Lewis Brisbois et al<br>1700 Lincoln, Suite 4000<br>Denver, CO 80203 | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Joseph Y. Ahmad<br>Ahmad Zavitsanos & Mensign, PLLC<br>1221 McKinney Street, Suite 2 50<br>Houston, TX 77010 | Line **3.27**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 111,230.34 |
| 5b. Total claims from Part 2 | 5b. + | $ | 723,401.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 834,631.49 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Sourcewater, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30960**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Enhanced Midstream LLC**<br>**777 Main Street**<br>**Suite 2800**<br>**Fort Worth, TX 76102** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | **5 months, 27 days** | **Silica Services**<br>**4440 State Hwy 121**<br>**Suite 142**<br>**The Colony, TX 75056** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | **18 months, 26 days** | **Vector Energy Partners**<br>**777 Main Street**<br>**Suite 3600**<br>**Fort Worth, TX 76102** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Sourcewater, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **23-30960**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Casee Lemon** | **c/o Zach Wolfe**<br>**Zach Wolfe Law Firm**<br>**50 Briar Hollow Lane, Suite 370 West**<br>**Houston, TX 77027** | **Ponderosa Advisors, LLC dba B3 Insight** | ☐ D _____<br>☑ E/F __3.27__<br>☐ G _____ |
| 2.2 | **Joshua A. Adler** | **16 Robin Road**<br>**Rye, NH 03870**<br>**Guarantor** | **Amegy Bank** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.3 | **Joshua A. Adler** | **16 Robin Road**<br>**Rye, NH 03870** | **Ponderosa Advisors, LLC dba B3 Insight** | ☐ D _____<br>☑ E/F __3.27__<br>☐ G _____ |
| 2.4 | **Joshua A. Adler** | **16 Robin Road**<br>**Rye, NH 03870**<br>**Guarantor** | **Small Business Administration** | ☑ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Sourcewater, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **23-30960**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$80,065.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$634,179.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$560,989.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Sourcewater, Inc. | Case number *(if known)* | 23-30960 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **QipWorks, Inc.**<br>**101 Arch Street**<br>**8th Floor**<br>**Boston, MA 02110** | 1/25/20223 | $17,922.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Velotio Technologies Private Limited**<br>**3rd Floor, AG Trade Center, Ram Magar, B**<br>**Pune, Maharastra 411021, India** | 1/13/23,<br>2/13/23,<br>2/16/23 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Amegy Bank**<br>**Bankcard Center**<br>**PO Box 25787**<br>**Salt Lake City, UT 84125-0787** | 1/6/23,<br>1/19/23,<br>3/8/23 | $7,603.28 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Healthcare Services** | 1/13/23,<br>2/28/23 | $9,820.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.5. | **Small Business Administration**<br>**409 Third Street SW**<br>**Washington, DC 20024** | 1/9/23,<br>2/8/23, 3/8/23 | $7,578.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Energy Debt Holdings, LLC**<br>**PO Box 249**<br>**Oklahoma City, OK 73101**<br>**Lender/Owner of EDH was Director of Debtor** | 3/31/2022<br>6/30/2022 | $18,793.56 | **Debt Service** |

| Debtor | Sourcewater, Inc. | | Case number *(if known)* | 23-30960 |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Joshua A. Adler**<br>**16 Robin Road**<br>**Rye, NH 03870**<br>**Officer, Director, Stockholder** | **3/31/2022**<br>**3/31/2022**<br>**4/15/2022**<br>**4/29/2022**<br>**5/13/2022**<br>**5/31/2022**<br>**6/15/2022**<br>**6/30/2022**<br>**7/15/2022**<br>**8/1/2022**<br>**8/15/2022**<br>**8/31/2022**<br>**9/15/2022** | **$37,215.57** | **Wages** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Ponderosa Adveisors, LLC dba B3 Insight v. Sourcewater, Inc., Casee Lemon, and Joshua Adler**<br>**4:21-cv-02810** | **Trade Secrets/Intellectual Property** | **U.S. District Court, SD TX**<br>**515 Rusk**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | Sourcewater, Inc. | Case number (if known) | 23-30960 |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Chamberlain Hrdlicka**<br>**1200 Smith Street**<br>**Suite 1400**<br>**Houston, TX 77002** | | 2/16/23:<br>$10,000<br>3/17/23:<br>$50,000 | $60,000.00 |
| | Email or website address<br>**www.chamberlainlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Sourcewater, Inc. | Case number *(if known)* | 23-30960 |
|---|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1801 Main Street Suite 1300 Houston, TX 77002** | **2022-present** |
| 14.2. | **801 Travis Street Suite 1802 Houston, TX 77002** | **2021-2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Shareholder/Noteholder Lists**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

| Debtor | Sourcewater, Inc. | Case number *(if known)* | 23-30960 |

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Sourcewater, Inc. | Case number *(if known)* | 23-30960 |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Kim Neal<br>Pump Up Profits, LLC<br>2105 Winebrook Court<br>Pearland, TX 77584 | 2020-present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Eisner Advisory Group<br>733 Third Avenue<br>New York, NY 10017 | |
| 26c.2. | Crowe LLP<br>PO Box 71570<br>Chicago, IL 60694 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | BTG LLC<br>210 Park Avenue<br>Suite 1350<br>Oklahoma City, OK 73102 |
| 26d.2. | Crown Oil Partners LP<br>PO Box<br>Midland, TX 79710 |
| 26d.3. | Joshua A. Adler<br>16 Robin Road<br>Rye, NH 03870 |

Debtor   **Sourcewater, Inc.**                                         Case number *(if known)*   **23-30960**

| Name and address | |
|---|---|
| 26d.4. | **John K. Hoskinson**<br>**888 17th Street NW**<br>**Suite 210**<br>**Washington, DC 20006-3313** |
| 26d.5. | **Skip McBride**<br>**807 Old Lake Road**<br>**Houston, TX 77057** |
| 26d.6. | **Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** |
| 26d.7. | **William Crump Holdings LLC**<br>**PO Box 50820**<br>**Midland, TX 79710** |
| 26d.8. | **Energy Debt Holdings, LLC**<br>**PO Box 249**<br>**Oklahoma City, OK 73101** |
| 26d.9. | **John Yurkanin** |
| 26d.10. | **M. Diane Bodman** |
| 26d.11. | **Miami Residential Holdings LLC** |
| 26d.12. | **Resilly Peck SW LLC** |
| 26d.13. | **Stanley Levin** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua A. Adler | 16 Robin Road<br>Rye, NH 03870 | CEO, Director | 100% Common Stock<br>69.4821% Series A Preferred |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Yurkanin | | Director | 25,000 NSO |

| Debtor | Sourcewater, Inc. | Case number (if known) | 23-30960 |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jay "North" Whipple | 210 Park Avenue Suite 1350 Oklahoma City, OK 73102 | Director | 8/11/19 - 2/10/23 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 14, 2023**

**/s/ Joshua A. Adler**
Signature of individual signing on behalf of the debtor

**Joshua A. Adler**
Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

In re  **Sourcewater, Inc.**                                        Case No.  **23-30960**

Debtor(s)                                             Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................. $          **75,000.00**

Prior to the filing of this statement I have received ........................... $          **52,413.00**

Balance Due ..................................................................................... $          **22,587.00**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        □ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
       **Negotiate with creditors and parties in interest, assist in planning for the filing, assist in the preparation of necessary motions for relief, assist in resolving litigation claims, and planning for the orderly reorganization, as the case may be, of your financial affairs. After the petition is filed, prosecuting the bankruptcy case, appearing in court, negotiating with counterparties, analyzing claims (including litigation claims), and litigating to defend the plan through a court-approved process.**

       **The engagement is on an hourly basis and the $75,000 is merely a retainer for such services. the filing fee will be paid at the time of filing from these funds.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re **Sourcewater, Inc.**          Case No.   **23-30960**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 14, 2023** | **/s/ Jarrod B. Martin** |
| *Date* | **Jarrod B. Martin** |
| | *Signature of Attorney* |
| | **Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.** |
| | **1200 Smith Street** |
| | **Suite 1400** |
| | **Houston, TX 77002** |
| | **(713) 658-1818   Fax: (713) 658-2553** |
| | **jarrod.martin@chamberlainlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of Texas

In re __Sourcewater, Inc.__       Case No. __23-30960__

Debtor(s)      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Annunziato 2020 Revocable Trust | Series A Preferred | 116,615 | Stock |
| Bamboo Capital, LP | Series A Preferred | 46,646 | Stock |
| Barry LaKritz | Series A Preferred | 23,323 | Stock |
| Briggsannah Energy, LP | Series A Preferred | 46,646 | Stock |
| BTG LLC | Series A Preferred | 279,877 | Stock |
| BTG LLC 210 Park Avenue Suite 1350 Oklahoma City, OK 73102 | Common Stock | 216,000 | Warrants |
| CAMPR II LLP | Series A Preferred | 69,969 | Stock |
| John Hoskinson | Series A Preferred | 84,881 | Stock |
| Joshua A. Adler 16 Robin Road Rye, NH 03870 | Series A Preferred | 2,873,878 | Stock |
| Joshua A. Adler 16 Robin Road Rye, NH 03870 | Common | 4,000,000 | Stock |
| M. Diane Bodman | Series A Preferred | 46,646 | Stock |
| Miami Residential Holdings LLC | Series A Preferred | 69,969 | Stock |
| Resilly Peck SW LLC | Series A Preferred | 93,292 | Stock |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **Sourcewater, Inc.**                                    Case No.  **23-30960**
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Skip McBride** | **Series A Preferred** | **46,646** | **Stock** |
| **Stanley Levin** | **Series A Preferred** | **337,753** | **Stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 14, 2023**                          Signature  **/s/ Joshua A. Adler**
                                                              **Joshua A. Adler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
## Southern District of Texas

In re    **Sourcewater, Inc.**                                   Case No.    **23-30960**

                                                     Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 14, 2023**                              **/s/ Joshua A. Adler**

                                                       **Joshua A. Adler**/**Chief Executive Officer**

                                                       Signer/Title

ADAPTIVE
4446 CEDAR LAKE ROAD
MINNEAPOLIS, MN 55416


AIRCALL
233 PARK AVENUE S.
NEW YORK, NY 10003


AMEGY BANK
BANKCARD CENTER
PO BOX 25787
SALT LAKE CITY, UT 84125-0787


AMY STEWART LAW
5307 EAST MOCKINGBIRD LANE
SUITE 425
DALLAS, TX 75206


AZA - AHMAD, ZAVITSANOS, ANAIPAKOS
1221 MCKINNEY
SUITE 2500
HOUSTON, TX 77010


BONAFIDE
5318 WESLAYAN STREET
SUITE 128
HOUSTON, TX 77005


BTG LLC
210 PARK AVENUE
SUITE 1350
OKLAHOMA CITY, OK 73102


BUSINESS WIRE, INC.
DEPARTMENT 34182
PO BOX 39000
SAN FRANCISCO, CA 94139

CASEE LEMON
C/O ZACH WOLFE
ZACH WOLFE LAW FIRM
50 BRIAR HOLLOW LANE, SUITE 370 WEST
HOUSTON, TX 77027


CHURNZERO, INC.
4114 BLACKTHORN STREET
CHEVY CHASE, MD 20815


CROWE LLP
PO BOX 71570
CHICAGO, IL 60694


CROWN OIL PARTNERS LP
PO BOX
MIDLAND, TX 79710


CUEBIQ INC.
1460 BROADWAY
SUITE 15006
NEW YORK, NY 10036


DONALD PATRICK ARTHUR YARBOROUGH
FOSTER YARBOROUGH PLLC
917 FRANKLIN STREET, SUITE 220
HOUSTON, TX 77002


DUNLAP CODDING
609 W. SHERIDAN AVENUE
OKLAHOMA CITY, OK 73102


DW HOUSE LLC
2429 BISSONNET STREET
#497
HOUSTON, TX 77005

EISNER ADVISORY GROUP
733 THIRD AVENUE
NEW YORK, NY 10017


ENERGY DEBT HOLDINGS, LLC
PO BOX 249
OKLAHOMA CITY, OK 73101


ENHANCED MIDSTREAM LLC
777 MAIN STREET
SUITE 2800
FORT WORTH, TX 76102


EXPERFY, INC.
1700 WEST PARK DRIVE
SUITE 190
WESTBOROUGH, MA 01581


FLASH DATA LLC
2450 LOUISIANA STREET
400-160
HOUSTON, TX 77006


FREEMAN COMPANY
PO BOX 734596
DALLAS, TX 75373-4596


GISH PLLC
41 MADISON AVENUE
FLOOR 31
NEW YORK, NY 10010


HARRIS COUNTY, ET AL.
PO BOX 3547
HOUSTON, TX 77253-3547

```
HUBSPOT
25 1ST STREET
CAMBRIDGE, MA 02141



JEANNIE LEE ANDRESEN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064



JEFFREY H. KASS
LEWIS BRISBOIS ET AL
1700 LINCOLN, SUITE 4000
DENVER, CO 80203



JOHN K. HOSKINSON
888 17TH STREET NW
SUITE 210
WASHINGTON, DC 20006-3313



JOSEPH Y. AHMAD
AHMAD ZAVITSANOS & MENSIGN, PLLC
1221 MCKINNEY STREET, SUITE 2 50
HOUSTON, TX 77010



JOSHUA A. ADLER
16 ROBIN ROAD
RYE, NH 03870



MEDLER FERRO WOODHOUSE & MILLS PLC
8201 GREENSBORO DRIVE
SUITE 1060
MCLEAN, VA 22102



MINERALS & ROYALTY AUTHORITY
2602 COPPERLEAF COURT
KATY, TX 77494
```

```
ODETTA, INC.
4023 KENNETT PIKE
#50380
WILMINGTON, DE 19807


OUTLOGIC LLC
6525 THE CORNERS PARKWAY NW
SUITE 400
NORCROSS, GA 30092


PIPER SANDLER & CO
609 MAIN STREET
SUITE 3800
HOUSTON, TX 77002


PONDEROSA ADVISORS, LLC DBA B3 INSIGHT
C/O DONALD E. LAKE, III
LEWIS BRISBOIS ET AL
1700 LINCOLN STREET, SUITE 4000
DENVER, CO 80203

QIPWORKS, INC.
101 ARCH STREET
8TH FLOOR
BOSTON, MA 02110


SCALEVIEW
701 BRAZOS STREET
#530
AUSTIN, TX 78701


SILICA SERVICES
4440 STATE HWY 121
SUITE 142
THE COLONY, TX 75056


SKIP MCBRIDE
807 OLD LAKE ROAD
HOUSTON, TX 77057
```

SMALL BUSINESS ADMINISTRATION
409 THIRD STREET SW
WASHINGTON, DC 20024


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528
CAPITAL STATION
AUSTIN, TX 78711-3528


TONY ANNUNZIATO
403 W. COWAN DRIVE
HOUSTON, TX 77007


VECTOR ENERGY PARTNERS
777 MAIN STREET
SUITE 3600
FORT WORTH, TX 76102


VELOTIO TECHNOLOGIES PRIVATE LIMITED
3RD FLOOR, AG TRADE CENTER, RAM MAGAR, B
PUNE, MAHARASTRA 411021, INDIA


VERASET LLC
2810 N CHURCH STREET
#38188
WILMINGTON, DE 19802


WILLIAM CRUMP HOLDINGS LLC
PO BOX 50820
MIDLAND, TX 79710

# United States Bankruptcy Court
### Southern District of Texas

In re    **Sourcewater, Inc.**                                  Case No.    **23-30960**

                                           Debtor(s)                 Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Sourcewater, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 14, 2023**
Date

**/s/ Jarrod B. Martin**
**Jarrod B. Martin**
Signature of Attorney or Litigant
Counsel for    **Sourcewater, Inc.**
**Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**
**1200 Smith Street**
**Suite 1400**
**Houston, TX 77002**
**(713) 658-1818 Fax:(713) 658-2553**
**jarrod.martin@chamberlainlaw.com**