**Fill in this information to identify the case:**

Debtor Name  SOURCEWATER, INC.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 23-30960

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: 03/31/2023

Date report filed: 05/16/2023
MM / DD / YYYY

Line of business: OIL & GAS SERVICE CO

NAISC code: 7389

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: JOSHUA ADLER

Original signature of responsible party  *Joshua A. Adler*

Printed name of responsible party  JOSHUA ADLER

### ◼ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? * | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

* DIP account not opened as of 3/31/23

Debtor Name  SOURCEWATER, INC.                              Case number  23-30960

17. Have you paid any bills you owed before you filed bankruptcy?          ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

---

## ▌ 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $  9,559.85

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $  1,066.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $  7,051.24

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.          + $  5,985.24

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $  3,574.61

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

---

## ▌ 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $  39,615.07

     *(Exhibit E)*

---

Debtor Name  SOURCEWATER, INC.                                    Case number 23-30960

---

| | **4. Money Owed to You** |
|---|---|

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $   206,153.58

    *(Exhibit F)*

---

| | **5. Employees** |
|---|---|

26. What was the number of employees when the case was filed?                                    1

27. What is the number of employees as of the date of this monthly report?                        1

---

| | **6. Professional Fees** |
|---|---|

28. How much have you paid this month in professional fees related to this bankruptcy case?          $      0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $      0.00

30. How much have you paid this month in other professional fees?                                   $      0.00

31. How much have you paid in total other professional fees since filing the case?                  $      0.00

---

| | **7. Projections** |
|---|---|

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $  6,938.02 | — | $  1,066.00 | = | $  5,872.02 |
| 33. **Cash disbursements** | $  4,236.44 | — | $  7,051.24 | = | $  -2,814.80 |
| 34. **Net cash flow** | $  2,701.58 | — | $  -5,985.24 | = | $  8,686.82 |

35. Total projected cash receipts for the next month:                                    $   15,770.74

36. Total projected cash disbursements for the next month:                             –  $   19,014.85

37. Total projected net cash flow for the next month:                                   =  $   -3,244.11

---

Debtor Name  SOURCEWATER, INC.                    Case number  23-30960

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

DocuSign Envelope ID: A131DF90-DD35-484F-B253-E718060B81F6

SOURCEWATER INC
EXIBIT A:  QUESTIONS 1 - 9 "NO"
MARCH 2023


QUESTION 3:  The Notes Payable to Josh Adler, Energy Debt Holdings and the Small Business Administration are not being paid.

DocuSign Envelope ID: A131DF90-DD35-484F-B253-E718060B81F6

**SOURCEWATER INC**
**EXIBIT B:  QUESTIONS 10-18 "YES"**
**MARCH 2023**

**QUESTION 10:  DIP ACCOUNT NOT OPEN AS OF 3/31/23**

**QUESTION 17:  PAYMENTS OF BILLS OWED PRIOR TO BANKRUPTCY FILING:**

| Date | Description | Debit | Account Coding | |
|------|-------------|-------|----------------|---|
| 3/20/2023 | Pump Up Profits 1204895317Payables  WEB016BMLKHR2L0TA3Sourcewater, Inc. REF # 023079006888055 | (1,500.00) | Professional services - accounting | |
| 3/21/2023 | SSBTRUSTOPS    431848772P/R Contr CCD          SOURCEWATER 401(     REF # 023079007704091 | (114.38) | 401K fees | |
| 3/31/2023 | GUSTO          1453942850NET 104077CCD6semjtsunvl   Sourcewater, Inc.    REF # 023090006839650 | (387.24) | Payroll | {1} |

{1} **Of the $4,236.44 of gross wages paid on 3/31/23, $387.24 relates to the pre-petition period.**

DocuSign Envelope ID: A131DF90-DD35-484F-B253-E7180608B1F6

**SOURCEWATER INC**
**EXIBIT C:  CASH RECEIPTS**
**MARCH 2023**

| Account Number | Account Type |
| --- | --- |
| ******6048 | Business Inspire Checking |

| Date | Account | Description | | | Credit | Account Coding |
| --- | --- | --- | --- | --- | --- | --- |
| 3/27/2023 | Business Inspire Checking | Silica Services 450953358 S 23.03.27CCDSourceEnergy # 023086002585457 2585457 | SourceEnergy | REF | 1,066.00 | Accounts Receivable |
| | | | | | 1,066.00 | |

DocuSign Envelope ID: A131DF90-DD35-484F-B253-E718060B1F6

**SOURCEWATER INC**
**EXIBIT D: CASH DISBURSEMENTS**
**MARCH 2023**

| Account Number | Account Type | Balance as of 04/21/2023 | | |
|---|---|---|---|---|
| ******6048 | Business Inspire Checking | 2052.85 | | |
| **Date** | **Account** | **Description** | **Debit** | **Account Coding** |
| 3/20/2023 | Business Inspire Checking | SINERGISE, LABOR770510487CIAT PAYPALWEB1025892240510 JOSHUA ADLER      REF # 023079007378449 | (1,113.01) | Online Software |
| 3/20/2023 | Business Inspire Checking | Pump Up Profits 1204895317Payables  WEB016BMLKHR2L0TA3Sourcewater, Inc.   REF # 023079006888055 | (1,500.00) | Professional services - accounting |
| 3/20/2023 | Business Inspire Checking | INTUIT *     0000756346QBooks OnlWEB6490979      SOURCEWATER, INC.   REF # 023079006606682 | (90.61) | Online Software |
| 3/21/2023 | Business Inspire Checking | SSBTRUSTOPS      431848772P/R Contr CCD          SOURCEWATER 401{   REF # 023079007704091 | (114.38) | 401K fees |
| 3/29/2023 | Business Inspire Checking | BILL.COM LLC   1082689000BILLING  PPD01B4ADOJOIJHWP2Sourcewater, Inc.   REF # 023088004194620BILL.COM 01B4ADOJOIJHWP2 STMT 23038763119 SOURCEWATER, INC. | (1.05) | Merchant fees |
| 3/31/2023 | Business Inspire Checking | GUSTO      1453942850NET 104077CCD6semjtsunvl  Sourcewater, Inc.   REF # 023090006839650 | (3,276.45) | Payroll |
| 3/31/2023 | Business Inspire Checking | GUSTO      1453942850TAX 104214CCD6semjtsunvm  Sourcewater, Inc.   REF # 023090006839778 | (561.78) | Payroll taxes |
| 3/31/2023 | Business Inspire Checking | HEALTH CARE SERV3000027465OBPPAYMT  CCD6601224372     SOURCEWATER, INC.   REF # 023089006478515 | (393.96) | Healthcare |
| | | | **(7,051.24)** | |

DocuSign Envelope ID: A131DF90-DD35-484F-B253-E7180608B1F6

**SOURCEWATER INC**
**EXIBIT E: ACCOUNTS PAYABLE**
**3/17/23 - 3/31/23**

| Vendor | Date | Amount | Comments |
|---|---|---|---|
| Freeman | 3/18/2023 | 1,820.06 | Bill from collection agency |
| Amegy Credit Card | 3/21/2022 | 2.12 | Google Storage charge |
| Josh Adler | 3/30/2023 | 4,423.58 | Accrue Josh Adler salary |
| Texas Comptroller | 3/18/2023 | 216.60 | Sales tax from Elly May Minerals AR payment |
| Texas Comptroller | 3/27/2023 | 66.00 | Sales tax from Silica Services AR payment |
| Josh Adler, Energy Debt Holdings LLC, and Convertible Note Holders | 3/30/2023 | 8,138.33 | Accrue interest |
| Chamberlain Hrdlicka | 3/31/2023 | 24,948.38 | Unbilled Fees - March 2023 |
| | | **39,615.07** | |

## Sourcenergy, Inc.
## A/R Aging Detail - EXHIBIT F
### As of March 31, 2023

| Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance |
|------|------|-----|----------|----------|--------|--------------|
| **91 or more days past due** | | | | | | |
| 04/05/2019 | Invoice | 1167 | Terrain Water Solutions LLC | 10/04/2019 | 21,030.05 | 11,030.05 |
| 09/18/2019 | Invoice | 1224 | Avensis Energy | 10/18/2019 | 4,597.13 | 4,597.13 |
| 04/30/2019 | Invoice | 1178 | NSS Texas, LLC | 12/01/2019 | 26,650.00 | 26,650.00 |
| 12/18/2019 | Invoice | 1253 | Avensis Energy | 01/17/2020 | 4,597.13 | 4,597.13 |
| 12/20/2019 | Invoice | 1257 | Pearl Water Midstream | 01/19/2020 | 26,650.00 | 26,650.00 |
| 12/31/2019 | Invoice | 1262 | US Clean Water Technology, LLC | 01/30/2020 | 13,325.00 | 6,656.20 |
| 01/15/2020 | Invoice | 1271 | M&W Hot Oil | 01/30/2020 | 20,254.00 | 15,190.50 |
| 02/17/2020 | Invoice | 1278 | PetroH2O Recovery, LLC | 02/17/2020 | 15,990.00 | 15,990.00 |
| 08/29/2019 | Invoice | 1220 | Permian Water Resources | 02/28/2020 | 12,951.90 | 6,475.94 |
| 03/18/2020 | Invoice | 1289 | Avensis Energy | 04/17/2020 | 4,597.13 | 4,597.13 |
| 01/27/2021 | Invoice | 1339 | Well Spring Automation LLC | 01/27/2021 | 9,000.00 | 4,500.00 |
| 01/27/2021 | Invoice | 1336 | Vista Disposal Solutions, LLC | 01/27/2021 | 35,000.00 | 35,000.00 |
| 01/27/2021 | Invoice | 1337 | Republic EES, LLC | 01/29/2021 | 15,990.00 | 15,990.00 |
| 02/25/2021 | Invoice | 1344 | Mustang Extreme Environmental Services LLC | 02/25/2021 | 6,929.00 | 6,929.00 |
| 12/09/2021 | Invoice | 1405 | Black Warrior Minerals E&P, LLC | 12/09/2021 | 3,198.00 | 3,198.00 |
| 05/01/2022 | Invoice | 1430 | Lone Oak Royalty Partners LLC | 05/01/2022 | 1,385.80 | 1,385.80 |
| **Total for 91 or more days past due** | | | | | **$ 222,145.14** | **$ 189,436.88** |
| **31 - 60 days past due** | | | | | | |
| 03/16/2023 | Invoice | 1488 | Wellsite Navigator | 03/31/2023 | 4,234.15 | 4,234.15 |
| 02/28/2023 | Invoice | 1486 | Wellsite Navigator | 03/15/2023 | 1,011.00 | 1,011.00 |
| 04/25/2023 | Invoice | 1491 | Silica Services LLC. | 04/25/2023 | 1,066.00 | 1,066.00 |
| | | | | | 6,311.15 | 6,311.15 |
| **Current** | | | | | | |
| 03/27/2023 | Invoice | 1472 | ELLY MAY MINERALS LLC | 04/01/2023 | 3,498.35 | 3,498.35 |
| 03/31/2023 | Invoice | 1492 | Wellsite Navigator | 04/15/2023 | 4,234.15 | 4,234.15 |
| 06/17/2021 | Invoice | 1372 | Enhanced Midstream, LLC | 06/17/2021 | 40,748.92 | 2,673.05 |
| **Total for Current** | | | | | **$ 48,481.42** | **$ 10,405.55** |
| **TOTAL** | | | | | **$ 276,937.71** | **$ 206,153.58** |

DocuSign Envelope ID: A131DF89-DB25-494F-B258-E7180608B158



# AmegyBank
## of Texas

**Statement of Accounts**

This Statement: March 31, 2023
Last Statement: February 28, 2023

PO Box 26547, Salt Lake City, UT 84126-0547

Account ⬛⬛⬛⬛6048

0152809          3063-06-0000-AMG-PG0030-00000

SOURCEWATER INC
DBA SOURCENERGY
1801 MAIN ST STE 1300
HOUSTON TX 77002-8121

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:                     713-235-8810
In Dallas/Fort Worth:       214-754-9500
In San Antonio:               210-343-4500
Or Toll-Free:                    800-287-0301
Press 0 for a Customer Service Representative

Amegy Bank - The "A" Bank
Amegy Bank, a division of Zions Bancorporation, N.A.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | ⬛⬛⬛⬛6048 | $1,744.59 | |

## BUSINESS INSPIRE CHECKING 5796326048                                                                  151      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 9,583.16 | 62,758.87 | 70,597.44 | 0.00 | 1,744.59 |

### 4 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 03/08 | 10,000.00 | ONLINE XFER FROM DDA ADLER JOSHUA ID: 000008172 2314106050 |
| 03/14 | 1,692.87 | STRIPE TRANSFER ST-L1L4U4U4C6I1REF # 023072002050222 1103623775 |
| 03/17 | 50,000.00 | ONLINE XFER FROM DDA ADLER JOSHUA ID: 000005576 2314910108 |
| 03/27 | 1,066.00 | Silica Services S 23.03 SourceEnergy REF # 023086002585457 1107600137 |

### 25 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 03/01 | .51 | BILL.COM LLC BILLING 01B4OISUJOGHE2IREF # 023060000667953 1113398660 |
| 03/01 | 462.21 | THE GUARDIAN MAR GP INS 57114300AAA0000REF # 023059009668695 1113347185 |
| 03/02 | 16.00 | INTUIT 27656555 ACCT FE 52477199879508 4REF # 023061002579052 1113666532 |
| 03/02 | 118.33 | GUSTO FEE 460571 6semjtmlb1t REF # 023061003018690 1113609577 |
| 03/03 | 1,011.00 | ER - Casee Lemon Payables REF # 023062004180094 1114151511 |
| 03/06 | 103.00 | Guideline Retire Guidel ST-B0T8C9G7T2K1REF # 023065005528272 1101587048 |
| 03/06 | 282.39 | SSBTRUSTOPS P/R Contr REF # 023065005348640 1101560876 |
| 03/08 | 2,526.00 | SBA LOAN PAYMENT 0000 REF # 023067007790787 1100859298 |
| 03/09 | 1,603.28 | BANKCARD CENTER PAYMENT 41028100050 9904REF # 023068009254131 1103102096 |
| 03/15 | 2,625.00 | WIRE/OUT-20230315000090 44;BNF Eisner Advisory Group LLC;OBI 1311104511 |
| 03/15 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 03/15 | 59.60 | THE HARTFORD NWTBCLSCIC 15810827 REF # 023073003022621 1100649714 |
| 03/15 | 561.76 | GUSTO TAX 725988 6semjtpn688 REF # 023074003313077 1100662280 |
| 03/15 | 850.66 | AFCO AFCO 0492147135 REF # 023073002579245 1100625461 |
| 03/15 | 3,276.46 | GUSTO NET 725988 6semjtpn685 REF # 023074003313105 1100662282 |
| 03/17 | 50,000.00 | WIRE/OUT-2023031700005632;BNF Chamberlain Hrdlicka IOLTA Acc 1311503120 |
| 03/17 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 03/20 | 90.61 | INTUIT * QBooks Onl REF # 023079006606682 1100642583 |
| 03/20 | 1,500.00 | Pump Up Profits Payables REF # 023079006888055 1100670391 |
| 03/20 | 1,113.01 | SINERGISE, LABOR IAT PAYPAL REF # 023079007378449 1111500059 |
| 03/21 | 114.38 | SSBTRUSTOPS P/R Contr REF # 023079007704091 1100724286 |
| 03/29 | 1.05 | BILL.COM LLC BILLING 01B4ADOJOIJHWP2REF # 023088004194620 1100646587 |
| 03/31 | 393.96 | HEALTH CARE SERV OBPPAY 6601224372 REF # 023089006478515 1100164098 |
| 03/31 | 561.78 | GUSTO TAX 104214 6semjtsunvm REF # 023090006839778 1100179508 |
| 03/31 | 3,276.45 | GUSTO NET 104077 6semjtsunvl REF # 023090006839650 1100179504 |


0152809-0000001-0302008

## An Easy Approach To Balancing Your Account

To reconcile your checkbook balance to your statement balance: Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

### PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANSACTIONS As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

For CHECK RESERVE accounts: You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

For electronic transfers: We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810,1-214-754-9500 or 1-800-287-0301.

Balance Subject to Interest Rate: We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

CHECK RESERVE PAYMENT OPTIONS
The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to: Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

We may report information about your Check Reserve account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please notify us if we report any inaccurate information about your account(s) to a credit bureau. Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**

0152809-0000001-0302008

DocuSign Envelope ID: A431DF90-DD25-404E-B353-E7180608B156



March 31, 2023
SOURCEWATER INC
6048

PO Box 26547, Salt Lake City, UT 84126-0547

**0  CHECKS PROCESSED**

There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 9,120.44 | 03/09 | 13,460.44 | 03/21 | 4,911.83 |
| 03/02 | 8,986.11 | 03/14 | 15,153.31 | 03/27 | 5,977.83 |
| 03/03 | 7,975.11 | 03/15 | 7,754.83 | 03/29 | 5,976.78 |
| 03/06 | 7,589.72 | 03/17 | 7,729.83 | 03/31 | 1,744.59 |
| 03/08 | 15,063.72 | 03/20 | 5,026.21 |  |  |

A division of Zions Bancorporation, N.A. Member FDIC

0152809-0000002-0302009

DocuSign Envelope ID: A431DF99-DD25-494F-B253-E7180608B156

**Amegy Bank of Texas**

This page intentionally left blank

DocuSign Envelope ID: A131DF80-DD35-494F-B253-E7180608B158





TRUIST

663-10-01-00 20910  0 C 001 30 S  66 002
SOURCEWATER  INC
16  ROBIN  RD
RYE  NH  03870-2838

# Your account statement
For 03/31/2023

## Contact us

  Truist.com

  (844) 4TRUIST or
(844) 487-8478

---

- TRUIST SIMPLE BUSINESS CHECKING ████████9075

**Account summary**

| | |
|---|---|
| Your previous balance as of 02/28/2023 | $320.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 03/31/2023 | = $320.02 |

DocuSign Envelope ID: A431DF89-DD25-424F-B25B-E7180608B158




# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE.** This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
In case of errors or questions about your Truist Ready Now Credit Line statement If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | Date/Check # | Amount | Date/Check # | Amount |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0007821

DocuSign Envelope ID: A131DF90-DB25-494F-B353-E7180608B158

 **Bank**

America's Most Convenient Bank®

 

E    STATEMENT OF ACCOUNT

SOURCEWATER INC
16 ROBIN RD RYE
RYE NH  03870

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 01 2023-Mar 31 2023 |
| Cust Ref #: | 8251715650-717-E-*** |
| Primary Account #: | 5650 |

## TD Business Convenience Plus

SOURCEWATER INC                                            Account # 5650

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,510.00 | Average Collected Balance | 1,510.00 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,510.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-747-7000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 1,510.00 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

14 DAY 30 DAY BUDGET

DocuSign Envelope ID: A131DF90-DD35-484F-B253-E7180608B1F6

| INCOME | DAYS 1-14 Mar 17-31 | | DAYS 15-30 Apr 1- 17 | | Apr 18-30 | | May 1-17 | May 18-31 | |
|---|---|---|---|---|---|---|---|---|---|
| | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Budget | |
| Opening Cash | 7,729.83 | 7,729.83 | 10,431.41 | 1,744.59 | 1,361.81 | 1,361.81 | 9,210.69 | 7,270.58 | |
| Cash Receipts | 6,938.02 | 1,066.00 | 4,236.44 | 7,038.25 | 11,534.30 | 18,394.95 | 5,927.02 | 10,993.18 | |
| Employee Payroll | 4,236.44 | 4,346.57 | 4,465.80 | 4,106.76 | 4,350.82 | 3,952.60 | 4,234.15 | 4,234.15 | |
| BCBS TX | | | 2,652.17 | - | | 2,652.17 | - | 2,652.17 | |
| Guardian Healthcare | | | 187.96 | - | | - | 393.96 | | |
| Contract Services 1099 | | | 222.26 | - | | - | 222.26 | | David & Kirk @ 5hrs /month |
| Office rent | | | 30.00 | - | 30.00 | 30.30 | 30.00 | - | |
| Bankcard | - | - | - | 1,852.00 | | | | | not originally budgeted |
| Quickbooks | | 90.61 | 90.61 | - | 90.61 | 90.61 | - | 90.61 | |
| Meals & Travel | | | | | | | | | |
| Utilities (incls phone) | | | 166.14 | | 160.84 | 160.84 | - | 160.84 | Aircall |
| Bank service charges | | 1.05 | 50.00 | 16.00 | 25.00 | 35.00 | - | 25.00 | |
| Accounting | | 1,500.00 | 1,500.00 | | | 1,500.00 | - | 1,500.00 | |
| Legal | | | | | | | 2,000.00 | 6,900.00 | Medler not originally budgeted |
| Insurance | | | 910.26 | 986.76 | | | 986.76 | | The Hartford $136.10; AFCO $850.66 |
| Online Software | | 1,113.01 | 1,128.25 | 459.51 | 954.13 | 1,124.55 | - | 1,124.55 | |
| Subchapter V Trustee | | | 1,000.00 | | 1,000.00 | 1,000.00 | - | 1,000.00 | |
| | | | | | | | | | |
| Total Cash Disbursements | 4,236.44 | 7,051.24 | 12,403.45 | 7,421.03 | 6,611.40 | 10,546.07 | 7,867.13 | 17,687.32 | |
| Cash on hand after disbursements | 10,431.41 | 1,744.59 | 2,264.40 | 1,361.81 | 6,284.71 | 9,210.69 | 7,270.58 | 576.44 | |

| Net cash flow | | 2,701.58 | (5,985.24) | (8,167.01) |
|---|---|---|---|---|