**Fill in this information to identify the case:**

Debtor Name  SOURCEWATER, INC.

United States Bankruptcy Court for the: Southern District of Texas

Case number: 23-30960

☐ Check if this is an amended filing

---

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: 4/30/2023                                          Date report filed: 05/22/2023
                                                                               MM / DD / YYYY

Line of business: OIL & GAS SERVICE CO                    NAISC code: 7389

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    JOSHUA ADLER

Original signature of responsible party   *Joshua A. Adler*

Printed name of responsible party    JOSHUA ADLER

## ▮  1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | SOURCEWATER, INC. | Case number | 23-30960 |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 3,574.61

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 25,433.20

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 19,477.10

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 5,956.10

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 9,530.71

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ 151,709.46

   *(Exhibit E)*

Debtor Name  SOURCEWATER, INC.                                    Case number  23-30960

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                     $ __197,410.08__

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              __1__

27. What is the number of employees as of the date of this monthly report?                 __1__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ __0.00__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ __0.00__

30. How much have you paid this month in other professional fees?                                  $ __1,500.00__

31. How much have you paid in total other professional fees since filing the case?                 $ __1,500.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,770.74 | − | $ 25,433.20 | = | $ -9,662.46 |
| 33. **Cash disbursements** | $ 19,014.85 | − | $ 19,477.10 | = | $ -462.25 |
| 34. **Net cash flow** | $ -3,244.11 | − | $ 5,956.10 | = | $ -9,200.21 |

35. Total projected cash receipts for the next month:                                   $ __2,758.87__

36. Total projected cash disbursements for the next month:                          − $ __17,086.15__

37. Total projected net cash flow for the next month:                               = $ __-14,327.28__

Debtor Name   SOURCEWATER, INC.                                    Case number  23-30960

| 8. Additional Information |
| --- |

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

DocuSign Envelope ID: BA30BD12-B2D8-4B84-9791-B38EC B85C783

**SOURCEWATER INC**
**EXIBIT A: QUESTIONS 1 - 9 "NO"**
**APRIL 2023**

**QUESTION 3: The Notes Payable to Josh Adler, Energy Debt Holdings and the Small Business Administration are not being paid**

**QUESTION 5: The Court approved the retention of the existing cash management system. Therefore, the Debtor is not required to open a DIP account.**

DocuSign Envelope ID: BA30BD12-B2D8-4B84-9791-B38ECB85C783

**SOURCEWATER INC**
**EXIBIT B:  QUESTIONS 10-18 "YES"**
**APRIL 2023**

**QUESTION 10:  The Court approved the retention of the existing cash management system. Therefore, the Debtor is not required to open a DIP account.**

**QUESTION 15:  On 4/19/23, shareholder Josh Adler infused $2,000 of equity into Sourcewater Inc in order to pay Subchapter V trustee fees.**

**SOURCEWATER INC**
**EXIBIT C: CASH RECEIPTS**
**APRIL 2023**

| Account Number | Account Type | Balance as of 05/11/2023 | | | |
|---|---|---|---|---|---|
| ******6048 | Business Inspire Checking | | 12247.47 | | |
| **Date** | **Account** | **Description** | **Payor** | **Credit** | **Account Coding** |
| 4/28/2023 | Business Inspire Checking | Bankcard      870189025XADJUSTMENTCCD1 Sourcewater Inc    REF # 023118001961682Reverse Payment 1961682 | Amegy Bank | 1,852.00 | Credit Card Payment refund |
| 4/25/2023 | Business Inspire Checking | BUSINESS MOBILE DEPOSIT CREDIT 1568047 | Joshua | 1,510.00 | Transfer from TD Bank Account closeout |
| 4/3/2023 | Business Inspire Checking | DEPOSIT | Joshua | 100.00 | Insurance refund |
| 4/10/2023 | Business Inspire Checking | GOOGLE      9202597227ACCTVERIFYPPDUS003TZHTC Sourcewater Inc    REF # 023100005641612 5641612 | Google | 0.10 | Bank account verification |
| 4/13/2023 | Business Inspire Checking | GOOGLE      9202597227ACCTVERIFYPPDUS003U16BJ Sourcewater Inc    REF # 023103008566902 8566902 | Google | 0.06 | Bank account verification |
| 4/6/2023 | Business Inspire Checking | GOOGLE      F770493581ACCTVERIFYPPDUS003TYLII Sourcewater Inc    REF # 023096003451783 3451783 | Google | 0.07 | Bank account verification |
| 4/27/2023 | Business Inspire Checking | INTUIT 65597995 9215986202DEPOSIT CCD5247719987950084SOURCEWATER, INC.    REF # 023117009814125 9814125 | Elly May Minerals | 3,498.35 | Accounts Receivable |
| 4/4/2023 | Business Inspire Checking | melio      1320565847Wellsite NCCDe19759342 Sourcewater Inc    REF # 023094000724849Wellsite NavigatorInvoice no. 1488 724849 | Wellsite Navigator | 4,234.15 | Accounts Receivable |
| 4/4/2023 | Business Inspire Checking | melio      1320565847Wellsite NCCDe19765950 Sourcewater Inc    REF # 023094000734216Wellsite NavigatorInvoice no. 1486 734216 | Wellsite Navigator | 1,011.00 | Accounts Receivable |
| 4/19/2023 | Business Inspire Checking | ONLINE XFER FROM DDA ADLER JOSHUA    ID: 000003008 | Joshua | 2,000.00 | Shareholder contribution |
| 4/21/2023 | Business Inspire Checking | ONLINE XFER FROM DDA WELLSITE NAV    ID: 000004519 | Wellsite Navigator | 8,468.30 | Accounts Receivable |
| 4/20/2023 | Business Inspire Checking | Silica Services 450953358 S 23.04.20CCDSourceEnergy SourceEnergy    REF # 023110004480920 4480920 | Silica Services | 1,066.00 | Accounts Receivable |
| 4/14/2023 | Business Inspire Checking | STRIPE      1800948598TRANSFER  CCDST-Q2O5G0G1P8X4SOURCEWATER INC    REF # 023103009356307 9356307 | Enhanced Midstream | 1,692.87 | Accounts Receivable |
| 4/19/2023 | Business Inspire Checking | The Cannon    1800948598ACCTVERIFYCCDST-L1P6M8T9H5D1SOURCEWATER INC DBA SOREF # 023108002642946 2642946 | The Cannon | 0.16 | Bank account verification |
| 4/19/2023 | Business Inspire Checking | The Cannon    1800948598ACCTVERIFYCCDST-L7Y7X6W5I9N1SOURCEWATER INC DBA SOREF # 023108002642947 2642947 | The Cannon | 0.14 | Bank account verification |
| | | | | **25,433.20** | |

**SOURCEWATER INC**
**EXIBIT D: CASH DISBURSEMENTS**
**APRIL 2023**

| | Account Number | Account Type | Balance as of 05/11/2023 | | | | |
|---|---|---|---|---|---|---|---|
| | ******6048 | Business Inspire Checking | 12247.47 | | | | |
| Date | | Account | Description | | Payee | Debit | Account coding |
| 4/25/2023 | TD Bank 5650 | | Close out TD bank account (money transferred to Amegy) | | Amegy Bank | (1,510.00) | Close out of TD Bank account to Amegy |
| 4/17/2023 | Business Inspire Checking | | AFCO 4135647901AFCO CCD0492147135 SOURCEWATER, INC REF # 023104009969827 | | AFCO | (850.66) | Insurance |
| 4/20/2023 | Business Inspire Checking | | AIRCALL 0514670203ATQ778D CCD9HZY AIRCALL Sourcewater Inc DBA SoREF # 023109003804253 | | Aircall | (160.84) | Utilities |
| 4/6/2023 | Business Inspire Checking | | BANKCARD CENTER 1470535472PAYMENT PPD410281000509904ADLER,JOSHUA REF # 023096003235539 | | Amegy Bank | (1,852.00) | Credit card payment |
| 4/13/2023 | Business Inspire Checking | | GOOGLE F770493581APPS_COMMEWEBUS003U1M86 Sourcewater Inc REF # 023103008898355 | | Google | (257.97) | Online software |
| 4/18/2023 | Business Inspire Checking | | GOOGLE F770493581APPS_COMMEWEBUS003U38B0 Sourcewater Inc REF # 023108002289292 | | Google | (257.97) | Online software |
| 4/6/2023 | Business Inspire Checking | | Guideline Retire1800948598Guideline CCDST-D2B3C2S9O1Y1SOURCEWATER INC REF # 023095002456162 | | Guideline Retirement | (87.00) | 401K Fees |
| 4/14/2023 | Business Inspire Checking | | GUSTO 1453942850NET 451194CCD6semjtvvrn6 Sourcewater, Inc. REF # 023104009621729 | | Rustam Rizoyev | (3,276.45) | Payroll |
| 4/28/2023 | Business Inspire Checking | | GUSTO 1453942850NET 752589CCD6semju3a53r Sourcewater, Inc. REF # 023118001234975 | | Rustam Rizoyev | (3,276.46) | Payroll |
| 4/14/2023 | Business Inspire Checking | | GUSTO 1453942850TAX 451199CCD6semjtvvrn8 Sourcewater, Inc. REF # 023104009622238 | | IRS | (561.78) | Payroll Taxes |
| 4/28/2023 | Business Inspire Checking | | GUSTO 1453942850TAX 752585CCD6semju3a53s Sourcewater, Inc. REF # 023118001235753 | | IRS | (561.76) | Payroll Taxes |
| 4/13/2023 | Business Inspire Checking | | GUSTO 2453942850FEE 350976CCD6semjtvuag7 Sourcewater, Inc. REF # 023103008867169 | | Gusto | (67.15) | Payroll fees |
| 4/28/2023 | Business Inspire Checking | | HEALTH CARE SERV30000274650B8PPAYMT CCD0002048433 SOURCEWATER, INC. REF # 023117010927472 | | Health Care Services | (2,652.17) | Healthcare |
| 4/19/2023 | Business Inspire Checking | | INTUIT * 0000756346QBooks OnlWEB3773105 SOURCEWATER, INC. REF # 023108002257422 | | Intuit | (90.61) | Quickbooks |
| 4/3/2023 | Business Inspire Checking | | INTUIT 08861055 9215986202ACCT FEE CCD524771998795084SOURCEWATER, Inc. REF # 023093007783666 | | Intuit | (16.00) | Online software |
| 4/27/2023 | Business Inspire Checking | | INTUIT 58007155 9215986202TRAN FEE CCD524771998795084SOURCEWATER, INC. REF # 023117009811667 | | Intuit | (10.00) | Quickbooks |
| 4/18/2023 | Business Inspire Checking | | PAYPAL PAYPALSI77INST XFER WEBATLASSIAN JOSHUA ADLER REF # 023108001914790 | | Atlassian | (95.25) | Online software |
| 4/26/2023 | Business Inspire Checking | | PAYPAL PAYPALSI77INST XFER WEBDROPBOX JOSHUA ADLER REF # 023116008327915 | | Dropbox | (170.42) | Online software |
| 4/18/2023 | Business Inspire Checking | | PAYPAL PAYPALSI77INST XFER WEBGITHUB INC JOSHUA ADLER REF # 023108001892669 | | Github | (28.00) | Online software |
| 4/17/2023 | Business Inspire Checking | | PAYPAL PAYPALSI77INST XFER WEBGODADDY.COM JOSHUA ADLER REF # 023104009870385 | | GoDaddy | (120.64) | Online software |
| 4/17/2023 | Business Inspire Checking | | PAYPAL PAYPALSI77INST XFER WEBZOOMVIDEOCO JOSHUA ADLER REF # 023104009870395 | | Zoom | (63.92) | Online software |
| 4/24/2023 | Business Inspire Checking | | Pump Up Profits 1204895317Payables WEB016BFCF5R2MFTQNSourcewater, Inc. REF # 023114006305050 | | Pump Up Profits | (1,500.00) | Professional Services - Accounting |
| 4/19/2023 | Business Inspire Checking | | SINERGISE, LABOR770510487CIAT PAYPALWEB1026497078792 JOSHUA ADLER REF # 023109003351758 | | Sinergese | (572.91) | Online software |
| 4/4/2023 | Business Inspire Checking | | SSBTRUSTOPS 431848772P/R Contr CCD SOURCEWATER 401( REF # 023093009704879 | | Guideline Retirement | (114.38) | 401K Contributions |
| 4/18/2023 | Business Inspire Checking | | SSBTRUSTOPS 431848772P/R Contr CCD SOURCEWATER 401( REF # 023107001653216 | | Guideline Retirement | (114.38) | 401K Contributions |
| 4/13/2023 | Business Inspire Checking | | STRIPE 1800948598TRANSFER CCDST-M977T9S9A7H0SOURCEWATER INC REF # 023102008189877 | | Stripe | (16.98) | Online software |
| 4/19/2023 | Business Inspire Checking | | The Cannon 4270465600ACCTVERIFYCCDST-A8U0X8D5W3I2SOURCEWATER INC DBA SOREF # 023108002622826 | | The Cannon | (0.30) | Rent |
| 4/20/2023 | Business Inspire Checking | | The Cannon 4270465600The CannonCCDST-E9J7I4X5B8Z8SOURCEWATER INC DBA SOREF # 023109003822791 | | The Cannon | (30.00) | Rent |
| 4/17/2023 | Business Inspire Checking | | THE HARTFORD 9942902727NWTBCLSCICCCD15810827 SOURCEWATER INC REF # 023107000596405 | | The Hartford | (136.10) | Insurance |
| 4/19/2023 | Business Inspire Checking | | TRANSACTION SERVICE FEE | | Amegy Bank | (25.00) | Bank fees |
| 4/19/2023 | Business Inspire Checking | | WIRE/OUT-2023041900007335;BNF Tom Howley;OBI Sub V Trustee S | | Sub V Trustee | (1,000.00) | Trustee Fees |
| | | | | | | **(19,477.10)** | |

DocuSign Envelope ID: BA30BD12-B2D8-4B84-9791-B38EC85C783

**SOURCEWATER INC**
**EXHIBIT E: PAYABLES**
**3/17/23 - 4/30/23**

| Vendor | Date | Amount | Comments |
|---|---|---|---|
| Freeman | 3/18/2023 | 1,820.06 | Bill from collection agency |
| Amegy Credit Card | 3/21/2022 | 2.12 | Google Storage charge |
| Josh Adler | 3/30/2023 | 4,423.58 | Accrue Josh Adler salary |
| Texas Comptroller | 3/18/2023 | 216.60 | Sales tax from Elly May Minerals AR payment |
| Texas Comptroller | 3/27/2023 | 66.00 | Sales tax from Silica Services AR payment |
| Josh Adler, Energy Debt Holdings LLC, and Convertible Note Holders | 3/30/2023 | 8,138.33 | Accrue interest |
| Chamberlain Hrdlicka | 3/31/2023 | 24,948.38 | Unbilled Fees - March 2023 |
| Chamberlain Hrdlicka | 4/30/2023 | 48,171.35 | Unbilled Fees - April 2023 |
| KenWood & Associates | 4/30/2023 | 1,014.00 | Unbilled Fees - April 2023 |
| Energy Debt Holdings LLC | 4/30/2023 | 53,261.23 | Accrued Interest  **{1}** |
| Josh Adler | 4/30/2023 | 3,300.00 | Accrued interest |
| Convertible Note Holders | 4/30/2023 | 4,838.33 | Accrued interest |
| Texas Comptroller | 4/25/2023 | 66.00 | Sales Tax |
| Texas Comptroller | 4/1/2023 | 342.21 | Sales Tax |
| Guideline Retirement | 4/6/2023 | 87.00 | 401K Fees |
| Guideline Retirement | 4/4/2023 | 114.38 | 401K Contributions |
| Guideline Retirement | 4/18/2023 | 114.38 | 401K Contributions |
| Amegy Credit Card | 4/18/2023 | 734.61 | Finance Charge |
| Amegy Credit Card | 4/5/2023 | 11.90 | Finance Charge |
| Amegy Credit Card | 4/5/2023 | 39.00 | Previous Cycle Late Fee |

151,709.46

**{1}** Additional interest on the Energy Debt Holdings LLC Note Payable that may be applicable to prior months

DocuSign Envelope ID: BA90BB12-B208-4B81-B791-B38EC885C783

# Sourcenergy, Inc.
## A/R Aging Detail - Exhibit F
### As of April 30, 2023

| Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance |
|------|------------------|-----|----------|----------|--------|--------------|
| **91 or more days past due** | | | | | | |
| 04/05/2019 | Invoice | 1167 | Terrain Water Solutions LLC | 10/04/2019 | 21,030.05 | 11,030.05 |
| 09/18/2019 | Invoice | 1224 | Avensis Energy | 10/18/2019 | 4,597.13 | 4,597.13 |
| 04/30/2019 | Invoice | 1178 | NSS Texas, LLC | 12/01/2019 | 26,650.00 | 26,650.00 |
| 12/18/2019 | Invoice | 1253 | Avensis Energy | 01/17/2020 | 4,597.13 | 4,597.13 |
| 12/20/2019 | Invoice | 1257 | Pearl Water Midstream | 01/19/2020 | 26,650.00 | 26,650.00 |
| 12/31/2019 | Invoice | 1262 | US Clean Water Technology, LLC | 01/30/2020 | 13,325.00 | 6,656.20 |
| 01/15/2020 | Invoice | 1271 | M&W Hot Oil | 01/30/2020 | 20,254.00 | 15,190.50 |
| 02/17/2020 | Invoice | 1278 | PetroH2O Recovery, LLC | 02/17/2020 | 15,990.00 | 15,990.00 |
| 08/29/2019 | Invoice | 1220 | Permian Water Resources | 02/28/2020 | 12,951.90 | 6,475.94 |
| 03/18/2020 | Invoice | 1289 | Avensis Energy | 04/17/2020 | 4,597.13 | 4,597.13 |
| 01/27/2021 | Invoice | 1339 | Well Spring Automation LLC | 01/27/2021 | 9,000.00 | 4,500.00 |
| 01/27/2021 | Invoice | 1336 | Vista Disposal Solutions, LLC | 01/27/2021 | 35,000.00 | 35,000.00 |
| 01/27/2021 | Invoice | 1337 | Republic EES, LLC | 01/29/2021 | 15,990.00 | 15,990.00 |
| 02/25/2021 | Invoice | 1344 | Mustang Extreme Environmental Services LLC | 02/25/2021 | 6,929.00 | 6,929.00 |
| 12/09/2021 | Invoice | 1405 | Black Warrior Minerals E&P, LLC | 12/09/2021 | 3,198.00 | 3,198.00 |
| 05/01/2022 | Invoice | 1430 | Lone Oak Royalty Partners LLC | 05/01/2022 | 1,385.80 | 1,385.80 |
| **Total for 91 or more days past due** | | | | | **$ 222,145.14** | **$ 189,436.88** |
| **31 - 60 days past due** | | | | | | |
| 04/25/2023 | Invoice | 1491 | Silica Services LLC. | 04/25/2023 | 1,066.00 | 1,066.00 |
| **Total for 1 - 30 days past due** | | | | | **$ 1,066.00** | **$ 1,066.00** |
| **Current** | | | | | | |
| 04/30/2023 | Invoice | 1500 | Wellsite Navigator | 05/15/2023 | 4,234.15 | 4,234.15 |
| 06/17/2021 | Invoice | 1372 | Enhanced Midstream, LLC | 6/17/2023 | 40,748.92 | 2,673.05 |
| **Total for Current** | | | | | **$ 44,983.07** | **$ 6,907.20** |
| **TOTAL** | | | | | **$ 268,194.21** | **$ 197,410.08** |

# AmegyBank
### of Texas

**Statement of Accounts**

This Statement: April 28, 2023
Last Statement: March 31, 2023

Account            26048

PO Box 26547, Salt Lake City, UT 84126-0547

0135226                 3083-06-0000-AMG-PG0030-00000

SOURCEWATER INC
DBA SOURCENERGY
1801 MAIN ST STE 1300
HOUSTON TX 77002-8121

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:            713-235-8810
In Dallas/Fort Worth:  214-754-9500
In San Antonio:        210-343-4500
Or Toll-Free:          800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank, a division of Zions Bancorporation, N.A.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 26048 | $9,210.69 | |

## BUSINESS INSPIRE CHECKING 5796326048                              151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 1,744.59 | 25,433.20 | 17,967.10 | 0.00 | 9,210.69 |

### 15 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 04/03 | 100.00 | DEPOSIT 8282054982 |
| 04/04 | 1,011.00 | melio Wellsite N e19765950 REF # 023094000734216 1107900056 |
| 04/04 | 4,234.15 | melio Wellsite N e19759342 REF # 023094000724849 1107900019 |
| 04/06 | 0.07 | GOOGLE ACCTVERIFY US003TYLII REF # 023096003451783 1111504754 |
| 04/10 | 0.10 | GOOGLE ACCTVERIFY US003TZHTC REF # 023102008189862 1104900480 |
| 04/13 | 0.06 | GOOGLE ACCTVERIFY US003U16BJ REF # 023103008566902 1100749495 |
| 04/14 | 1,692.87 | STRIPE TRANSFER ST-Q2O5G0G1P8X4REF # 023103009356307 1100549198 |
| 04/19 | 2,000.00 | ONLINE XFER FROM DDA ADLER JOSHUA ID: 000003008 2313508404 |
| 04/19 | 0.14 | The Cannon ACCTVERIFY ST-L7Y7X6W5I9N1REF # 023108002642947 1100735079 |
| 04/19 | 0.16 | The Cannon ACCTVERIFY ST-L1P6M8T9H5D1REF # 023108002642946 1100735079 |
| 04/20 | 1,066.00 | Silica Services S 23.04 SourceEnergy REF # 023110004480920 1106900079 |
| 04/21 | 8,468.30 | ONLINE XFER FROM DDA WELLSITE NAV ID: 000004519 2314403794 |
| 04/25 | 1,510.00 | BUSINESS MOBILE DEPOSIT CREDIT 8282043708 |
| 04/27 | 3,498.35 | INTUIT 65597995 DEPOSIT 52477199879 5084REF # 023117009814125 1100739230 |
| 04/28 | 1,852.00 | Bankcard ADJUSTMENT 1 REF # 023118001961682 1110207066 |

### 30 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 04/03 | 16.00 | INTUIT 08861055 ACCT FE 524771998795084REF # 023093007783666 1100541462 |
| 04/04 | 114.38 | SSBTRUSTOPS P/R Contr REF # 023093009704879 1100829336 |
| 04/06 | 87.00 | Guideline Retire Guidel ST-D2B3C2S9O1Y1REF # 023095002456162 1100529803 |
| 04/06 | 1,852.00 | BANKCARD CENTER PAYMENT 410281000509904REF # 023096003235539 1103002114 |
| 04/13 | 16.98 | STRIPE TRANSFER ST-M9T7T9S9A7H0REF # 023102008189877 1100729226 |
| 04/13 | 67.15 | GUSTO FEE 350976 6semjtvuag7 REF # 023103008867169 1106900288 |
| 04/13 | 257.97 | GOOGLE APPS_COMME REF # 023103008898355 1106900525 |
| 04/14 | 561.78 | GUSTO TAX 451199 6semjtvvrn8 REF # 023104009622238 1100570372 |
| 04/14 | 3,276.45 | GUSTO NET 451194 6semjtvvrn6 REF # 023104009621729 1100570363 |
| 04/17 | 136.10 | THE HARTFORD NWTBCLSCIC 15810827 REF # 023107000596405 1100660529 |
| 04/17 | 850.66 | AFCO AFCO 0492147135 REF # 023104009969827 1100617991 |
| 04/17 | 63.92 | PAYPAL INST XFER REF # 023104009870395 1100613898 |
| 04/17 | 120.64 | PAYPAL INST XFER REF # 023104009870385 1100613888 |
| 04/18 | 114.38 | SSBTRUSTOPS P/R Contr REF # 023107001653216 1100726545 |
| 04/18 | 28.00 | PAYPAL INST XFER REF # 023108001892669 1100751610 |
| 04/18 | 95.25 | PAYPAL INST XFER REF # 023108001914790 1100752191 |
| 04/18 | 257.97 | GOOGLE APPS_COMME REF # 023108002289292 1106100533 |



## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**

As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

**CHECK RESERVE PAYMENT OPTIONS**

The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**



**of Texas**

April 28, 2023
SOURCEWATER INC
6048

**PO Box 26547, Salt Lake City, UT 84126-0547**

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 04/19 | 1,000.00 | WIRE/OUT-2023041900007335;BNF Tom Howley;OBI Sub V Trustee S  1310203540 |
| 04/19 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 04/19 | .30 | The Cannon ACCTVERIFY ST-A8U0X8D5W3I2REF # 023108002622826  1100737499 |
| 04/19 | 90.61 | INTUIT * QBooks Onl REF # 023108002257422  1100726857 |
| 04/19 | 572.91 | SINERGISE, LABOR IAT PAYPAL REF # 023109003351758  1109800100 |
| 04/20 | 30.00 | The Cannon The Cannon ST-E9J7I4X5B8Z8REF # 023109003822791  1100731567 |
| 04/20 | 160.84 | AIRCALL ATQ778D 9HZY AIRCALL REF # 023109003804253  1100731461 |
| 04/24 | 1,500.00 | Pump Up Profits Payables REF # 023114006305050  1100555856 |
| 04/26 | 170.42 | PAYPAL INST XFER REF # 023116008329715  1100746953 |
| 04/27 | 10.00 | INTUIT 58007155 TRAN FE 52477199879508 4REF # 023117009811667  1100742000 |
| 04/28 | 561.76 | GUSTO TAX 752585 6semju3a53s REF # 023118001235753  1100577658 |
| 04/28 | 2,652.17 | HEALTH CARE SERV OBPPAY 0002048433 REF # 023117010927472  1100561458 |
| 04/28 | 3,276.46 | GUSTO NET 752589 6semju3a53r REF # 023118001234975  1100577652 |

...................................................................................................................................................

**0  CHECKS PROCESSED**

There were no transactions this period.

...................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

...................................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/03 | 1,828.59 | 04/17 | 1,361.81 | 04/24 | 9,021.15 |
| 04/04 | 6,959.36 | 04/18 | 866.21 | 04/25 | 10,531.15 |
| 04/06 | 5,020.43 | 04/19 | 1,177.69 | 04/26 | 10,360.73 |
| 04/10 | 5,020.53 | 04/20 | 2,052.85 | 04/27 | 13,849.08 |
| 04/13 | 4,678.49 | 04/21 | 10,521.15 | 04/28 | 9,210.69 |
| 04/14 | 2,533.13 | | | | |



DocuSign Envelope ID: BA90BB12-B2C8-45B1-9791-B38EC585C282

**Amegy Bank of Texas**

This page intentionally left blank

DocuSign Envelope ID: BA90BB12-D2D8-4B84-B791-B38EC885C782

663-10-01-00 20910  0 C 001 30 S  66 002
SOURCEWATER  INC
16  ROBIN  RD
RYE  NH   03870-2838

# Your account statement
For 04/28/2023

## Contact us



Truist.com



(844) 4TRUIST or
(844) 487-8478

---

■ TRUIST SIMPLE BUSINESS CHECKING           9075

**Account summary**

| | |
|---|---|
| Your previous balance as of 03/31/2023 | $320.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 04/28/2023 | = $320.02 |

## Outsmart cyber-criminals. Keep scammer tricks top of mind.

It's not unusual to create passwords based on your favorite things. But when you answer questions sent to you by email, text, social media, or phone calls, you could be sharing too much information.

Here are some common social engineering scams:

- **Phishing.** Emails or messages pretending to be legitimate people or businesses. They usually request your personal information, such as passwords or credit card numbers.

- **Smishing.** Scammers send text or messages via a social media platform. Again, they pretend to be someone from your circle or a legitimate business but are trying to get you to reveal personal information.

- **Vishing.** This cyber-scam is a phone call or voice mail message from someone pretending to be from your bank, your doctor, or the government. They usually make urgent request of your personal information to "help" you avoid consequences.

Visit Truist.com/Fraud-and-security for more insights on fraud.

0008629

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0008629



# Bank
### America's Most Convenient Bank®

0    STATEMENT OF ACCOUNT



SOURCEWATER INC
16 ROBIN RD RYE
RYE NH 03870

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Apr 01 2023-Apr 25 2023 |
| Cust Ref #: | 8251715650-717-0-*** |
| Primary Account #: | 5650 |

## TD Business Convenience Plus

SOURCEWATER INC

Account # 5650

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,510.00 | Average Collected Balance | 1,449.60 |
| | | Interest Earned This Period | 0.00 |
| Other Withdrawals | 1,510.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 0.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 24 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/25 | ACCOUNT CLOSED | 1,510.00 |
| | Subtotal: | 1,510.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 1,510.00 | 04/25 | 0.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

DocuSign Envelope ID: BA30BD12-B2D8-4B84-9791-B38EC85C783

# 14 DAY 30 DAY BUDGET

| INCOME | DAYS 1-14 Mar 17-31 Budget | Actual | DAYS 15-30 Apr 1-17 Budget | Actual | Apr 18-30 Budget | Actual | May 1-17 Budget | May 18-31 Budget | TOTAL MAY |
|---|---|---|---|---|---|---|---|---|---|
| Opening Cash | 7,729.83 | 7,754.83 | 10,431.41 | 1,769.59 | 1,386.81 | 1,386.81 | 9,235.69 | 7,295.58 | |
| Cash Receipts | 6,938.02 | 1,066.00 | 4,236.44 | 7,038.25 | 11,534.30 | 18,394.95 | 1,692.87 | 1,066.00 | 2,758.87 |
| Employee Payroll | 4,236.44 | 4,346.57 | 4,465.80 | 4,106.76 | 4,350.82 | 3,952.60 | - | - | |
| BCBS TX | | | 2,652.17 | - | | 2,652.17 | - | 2,652.17 | |
| Guardian Healthcare | | | 187.96 | - | | - | 393.96 | | |
| Contract Services 1099 | | | 222.26 | - | | - | 222.26 | | |
| Office rent | | | 30.00 | - | 30.00 | 30.30 | 30.00 | - | |
| Bankcard | | - | | 1,852.00 | | - | | | |
| Quickbooks | | 90.61 | 90.61 | - | 90.61 | 90.61 | - | 90.61 | |
| Meals & Travel | | | | | | | | | |
| Utilities (incls phone) | | | 166.14 | | 160.84 | 160.84 | - | 160.84 | |
| Bank service charges | | 1.05 | 50.00 | 16.00 | 25.00 | 35.00 | - | 25.00 | |
| Accounting | | 1,500.00 | 1,500.00 | | | 1,500.00 | - | 1,500.00 | |
| Legal | | | | | | | 2,000.00 | 6,900.00 | |
| Insurance | | | 910.26 | 986.76 | | | 986.76 | | |
| Online Software | | 1,113.01 | 1,128.25 | 459.51 | 954.13 | 1,124.55 | - | 1,124.55 | |
| Subchapter V Trustee | | | 1,000.00 | | 1,000.00 | 1,000.00 | - | 1,000.00 | |
| **Total Cash Disbursements** | 4,236.44 | 7,051.24 | 12,403.45 | 7,421.03 | 6,611.40 | 10,546.07 | 3,632.98 | 13,453.17 | 17,086.15 |
| Cash on hand after disbursements | 10,431.41 | 1,769.59 | 2,264.40 | 1,386.81 | 6,309.71 | 9,235.69 | 7,295.58 | (5,091.59) | |

**NET CASH FLOW** (14,327.28)