DocuSign Envelope ID: 507...

**Fill in this information to identify the case:**

Debtor Name ___SOURCEWATER, INC.___

United States Bankruptcy Court for the: Southern District of Texas

Case number: ___23-30960___

☐ Check if this is an amended filing

---

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: ___5/31/2023___                     Date report filed: ___06/20/2023___
                                                               MM / DD / YYYY

Line of business: ___OIL & GAS SERVICE CO___     NAISC code: ___7389___

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___JOSHUA ADLER___

Original signature of responsible party: *Joshua A. Adler*

Printed name of responsible party: ___JOSHUA ADLER___

---

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | SOURCEWATER, INC. | | Case number | 23-30960 |
|---|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 9,530.71

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 8,771.92

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 13,011.41

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -4,239.49

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 5,291.22

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ 185,383.18

*(Exhibit E)*

Debtor Name  SOURCEWATER, INC.                                    Case number  23-30960

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ 380,956.07

 (*Exhibit F*)

---

## 5. Employees

26. What was the number of employees when the case was filed?                          1

27. What is the number of employees as of the date of this monthly report?              0

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $        0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $        0.00

30. How much have you paid this month in other professional fees?                       $   10,400.00

31. How much have you paid in total other professional fees since filing the case?          $   11,900.00

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | *Column B* | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,758.87 | − | $ 8,771.92 | = | $ -6,013.05 |
| 33. **Cash disbursements** | $ 17,086.15 | − | $ 13,011.41 | = | $ 4,074.74 |
| 34. **Net cash flow** | $ -14,327.28 | − | $ -4,239.49 | = | $ -10,087.79 |

35. Total projected cash receipts for the next month:                       $ 198,990.91

36. Total projected cash disbursements for the next month:                  - $ 14,121.33

37. Total projected net cash flow for the next month:                       = $ 184,869.58

---

Debtor Name  SOURCEWATER, INC.                          Case number 23-30960

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☑ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

DocuSign Envelope ID: 50760D88-FF36-4989-8AD8-21EE0630D642

**SOURCEWATER INC**
**EXHIBIT A: QUESTIONS 1 - 9 "NO"**
**MAY 2023**

**QUESTION 3:** The Notes Payable to Josh Adler, Energy Debt Holdings and the Small Business Administration are not being paid

**QUESTION 5:** The Court approved the retention of the existing cash management system. Therefore, the Debtor is not required to open a DIP account.

DocuSign Envelope ID: 50760D88-FF36-4989-8AD8-21EE0630D642

**SOURCEWATER INC**
**EXHIBIT B:  QUESTIONS 10-18 "YES"**
**MAY 2023**

**QUESTION 10:  The Court approved the retention of the existing cash management system. Therefore, the Debtor is not required to open a DIP account.**

DocuSign Envelope ID: 50760D88-FF36-4989-8AD8-21EE0630D642

**SOURCEWATER INC**
**EXHIBIT C: CASH RECEIPTS**
**MAY 2023**

Account Number  Account Type
******6048      Business Inspire Checking

| Date | Account | Description | Credit | Comments |
|------|---------|-------------|--------|----------|
| 5/26/2023 | Business Inspire Checking | Silica Services 4509533358 S 23.05.25CCDSourceEnergy  SourceEnergy      REF # | 1,066.00 | Accounts Receivable - Silica |
| 5/16/2023 | Business Inspire Checking | STRIPE    1800948598TRANSFER CCDST-X5L6V8J8G9O1SOURCEWATER INC | 1,692.87 | Accounts Receivable - Enhanced Midstream |
|  |  | REF # 0231350063752416375241 |  |  |
| 5/12/2023 | Business Inspire Checking | ONLINE XFER FROM DDA ADLER JOSHUA    ID: 000003532 | 320.02 | Transfer from Truist Bank Account Closing |
| 5/10/2023 | Business Inspire Checking | INTUIT 518157859215986202DEPOSIT CCD52477199879S0845OURCEWATER, | 5,693.03 | Sales |
|  |  | INC.  REF # 0231300019496311949631 |  |  |

8,771.92

**SOURCEWATER INC**
**EXHIBIT D:  CASH DISBURSEMENTS**
**MAY 2023**

Account Number    Account Type
******6048    Business Inspire Checking

| Date | Account | Description | Debit | |
|---|---|---|---|---|
| 5/31/2023 | Business Inspire Checking | Pump Up Profits 1204895317Payables WEB016MOGYKQ2NXFK8Sourcewater, Inc.    REF # 023151008400085 | (1,500.00) | Accounting |
| 5/19/2023 | Business Inspire Checking | SINERGISE, LABOR770510487CIAT PAYPALWEB1027083826006 JOSHUA ADLER    REF # 023139010177334 | (566.31) | Online software |
| 5/19/2023 | Business Inspire Checking | INTUIT *    0000756346QBooks OnlWEB1691076 SOURCEWARE, INC.    REF # 023138009017944 | (90.61) | Quickbooks |
| 5/18/2023 | Business Inspire Checking | PAYPAL    PAYPALSI77INST XFER WEBGITHUB INC    JOSHUA ADLER    REF # 023137008537141 | (24.00) | Online software |
| 5/15/2023 | Business Inspire Checking | SLACK T3Z1M6UH5 1800948598SLACK T3Z1WEBST-S1H2I3K7N7G3SOURCEWARE INC    REF # 023135005362677 | (24.46) | Online software |
| 5/15/2023 | Business Inspire Checking | PAYPAL    PAYPALSI77INST XFER WEBATLASSIAN    JOSHUA ADLER    REF # 023135005261196 | (20.00) | Online software |
| 5/15/2023 | Business Inspire Checking | AFCO    4135647901AFCO    CCD0492147135 SOURCEWARE, INC    REF # 023132004676826 | (850.66) | Insurance |
| 5/15/2023 | Business Inspire Checking | TRANSACTION SERVICE FEE | (25 00) | Bank fees |
| 5/15/2023 | Business Inspire Checking | WIRE/OUT-2023051500004397;BNF Medler Ferro Woodhouse & Mills | (6,900.00) | Legal |
| 5/12/2023 | Business Inspire Checking | PAYPAL    PAYPALSI77INST XFER WEBZOOMVIDEOCO JOSHUA ADLER    REF # 023132004427995 | (34.10) | Online software |
| 5/10/2023 | Business Inspire Checking | INTUIT 46619135 9215986202TRAN FEE CCD524771998795084SOURCEWARE, INC.    REF # 023130001947589 | (156.81) | Quickbooks |
| 5/10/2023 | Trust Bank | Transfer to Amegy Checking | (320.02) | Closing of Truist Bank Account |
| 5/9/2023 | Business Inspire Checking | Guideline Retire1800948598Guideline CCDST-J5A6D5M2T1N7SOURCEWARE INC    REF # 023128010682544 | (87.00) | 401K |
| 5/5/2023 | Business Inspire Checking | The Cannon    4270465600The CannonCCDST-M2Q2C2T9W9S0SOURCEWARE INC DBA SOREF # 023124008192763 | (30.00) | Rent |
| 5/3/2023 | Business Inspire Checking | GUSTO    9138864007FEE 833151CCD6semju5apmp Sourcewater, Inc.    REF # 023123005953177 | (67.16) | Payroll fees |
| 5/2/2023 | Business Inspire Checking | AIRCALL    0514670203ATQ778D  CCD7HAH AIRCALL Sourcewater Inc DBA SoREF # 023121003544333 | (159.39) | Utilities |
| 5/2/2023 | Business Inspire Checking | SSBTRUSTOPS    431848772P/R Contr CCD SOURCEWARE 401(    REF # 023121003648412 | (114.38) | 401K contributions |
| 5/2/2023 | Business Inspire Checking | INTUIT 87317775 9215986202ACCT FEE CCD524771998795084SOURCEWARE, INC.    REF # 023122004579687 | (16.00) | Online software |
| 5/1/2023 | Business Inspire Checking | BILL.COM LLC    1082689000BILLING PPD01B4FZXWMHGIEWHSourcewater, Inc.    REF # 023121002554892BILL.COM 01B4FZXWMHGIEWH STMT 23049134473 SOURCEWARE, INC. | (0 51) | Bank fees |
| 5/1/2023 | Business Inspire Checking | TRANSACTION SERVICE FEE | (25 00) | Bank fees |
| 5/1/2023 | Business Inspire Checking | WIRE/OUT-2023050100006907;BNF Medler Ferro Woodhouse & Mills | (2,000.00) | Legal |
| | | | (13,011.41) | |

**SOURCEWATER INC**
**EXHIBIT E: PAYABLES**
**3/17/23 - 5/31/23**

| Vendor | Date | Amount | Comments |
|---|---|---|---|
| Freeman | 3/18/2023 | 1,820.06 | Bill from collection agency |
| Amegy Credit Card | 3/21/2022 | 2.12 | Google Storage charge |
| Josh Adler | 3/30/2023 | 4,423.58 | Accrue Josh Adler salary |
| Texas Comptroller | 3/18/2023 | 216.60 | Sales tax from Elly May Minerals AR payment |
| Texas Comptroller | 3/27/2023 | 66.00 | Sales tax from Silica Services AR payment |
| Josh Adler, Energy Debt Holdings LLC, and Convertible Note Holders | 3/30/2023 | 8,138.33 | Accrue interest |
| Chamberlain Hrdlicka | 3/31/2023 | 24,948.38 | Unbilled Fees - March 2023 |
| Chamberlain Hrdlicka | 4/30/2023 | 48,171.35 | Unbilled Fees - April 2023 |
| KenWood & Associates | 4/30/2023 | 1,014.00 | Unbilled Fees - April 2023 |
| Energy Debt Holdings LLC | 4/30/2023 | 53,261.23 | Accrued Interest  {1} |
| Josh Adler | 4/30/2023 | 3,300.00 | Accrued interest |
| Convertible Note Holders | 4/30/2023 | 4,838.33 | Accrued interest |
| Texas Comptroller | 4/25/2023 | 66.00 | Sales Tax |
| Texas Comptroller | 4/1/2023 | 342.21 | Sales Tax |
| Guideline Retirement | 4/18/2023 | 114.38 | 401K Contributions |
| Amegy Credit Card | 4/18/2023 | 734.61 | Finance Charge |
| Amegy Credit Card | 4/5/2023 | 11.90 | Finance Charge |
| Amegy Credit Card | 4/5/2023 | 39.00 | Previous Cycle Late Fee |
| Texas Comptroller | 5/26/2023 | 66.00 | Sales Tax |
| Chamberlain Hrdlicka | 5/31/2023 | 20,397.27 | Unbilled Fees - May 2023 |
| KenWood & Associates | 5/31/2023 | 5,273.50 | Unbilled Fees - May 2023 |
| Josh Adler | 5/31/2023 | 3,300.00 | Accrued interest |
| Convertible Note Holders | 5/31/2023 | 4,838.33 | Accrued interest |
| | | **185,383.18** | |

{1} Additional interest on the Energy Debt Holdings LLC Note Payable that may be applicable to prior months

# Sourcenergy, Inc.
## A/R Aging Detail - EXHIBIT F
### As of May 31, 2023

| Date | Transaction Type | Num | Customer | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | |
| 04/05/2019 | Invoice | 1167 | Terrain Water Solutions LLC | 10/04/2019 | 21,030.05 | 11,030.05 |
| 09/18/2019 | Invoice | 1224 | Avensis Energy | 10/18/2019 | 4,597.13 | 4,597.13 |
| 04/30/2019 | Invoice | 1178 | NSS Texas, LLC | 12/01/2019 | 26,650.00 | 26,650.00 |
| 12/18/2019 | Invoice | 1253 | Avensis Energy | 01/17/2020 | 4,597.13 | 4,597.13 |
| 12/20/2019 | Invoice | 1257 | Pearl Water Midstream | 01/19/2020 | 26,650.00 | 26,650.00 |
| 12/31/2019 | Invoice | 1262 | US Clean Water Technology, LLC | 01/30/2020 | 13,325.00 | 6,656.20 |
| 01/15/2020 | Invoice | 1271 | M&W Hot Oil | 01/30/2020 | 20,254.00 | 15,190.50 |
| 02/17/2020 | Invoice | 1278 | PetroH2O Recovery, LLC | 02/17/2020 | 15,990.00 | 15,990.00 |
| 08/29/2019 | Invoice | 1220 | Permian Water Resources | 02/28/2020 | 12,951.90 | 6,475.94 |
| 03/18/2020 | Invoice | 1289 | Avensis Energy | 04/17/2020 | 4,597.13 | 4,597.13 |
| 01/27/2021 | Invoice | 1339 | Well Spring Automation LLC | 01/27/2021 | 9,000.00 | 4,500.00 |
| 01/27/2021 | Invoice | 1336 | Vista Disposal Solu ions, LLC | 01/27/2021 | 35,000.00 | 35,000.00 |
| 01/27/2021 | Invoice | 1337 | Republic EES, LLC | 01/29/2021 | 15,990.00 | 15,990.00 |
| 02/25/2021 | Invoice | 1344 | Mustang Extreme Environmental Services LLC | 02/25/2021 | 6,929.00 | 6,929.00 |
| 12/09/2021 | Invoice | 1405 | Black Warrior Minerals E&P, LLC | 12/09/2021 | 3,198.00 | 3,198.00 |
| 05/01/2022 | Invoice | 1430 | Lone Oak Royalty Partners LLC | 05/01/2022 | 1,385.80 | 1,385.80 |
| **Total for 91 or more days past due** | | | | | **$ 222,145.14** | **$ 189,436.88** |
| **31 - 60 days past due** | | | | | | |
| | | | | | | |
| **Current** | | | | | | |
| 04/30/2023 | Invoice | 1500 | Wellsite Navigator | 05/15/2023 | 4,234.15 | 4,234.15 |
| 06/17/2021 | Invoice | 1372 | Enhanced Midstream, LLC | 6/17/2023 | 40,748.92 | 980.18 |
| 05/31/2023 | Invoice | 1506 | ConocoPhillips Company | 06/30/2023 | 186,304.86 | 186,304.86 |
| **Total for Current** | | | | | **$ 231,287.93** | **$ 191,519.19** |
| **TOTAL** | | | | | **$ 453,433.07** | **$ 380,956.07** |



**Amegy Bank**
of Texas

PO Box 26547, Salt Lake City, UT 84126-0547

**Statement of Accounts**

This Statement: May 31, 2023
Last Statement: April 28, 2023

Account          :6048

0135688

3103-06-0000-AMG-PG0030-00000

SOURCEWATER INC
DBA SOURCENERGY
1801 MAIN ST STE 1300
HOUSTON TX 77002-8121

**DIRECT INQUIRIES TO:**
Direct all inquiries to Customer Service:
In Houston:               713-235-8810
In Dallas/Fort Worth:   214-754-9500
In San Antonio:          210-343-4500
Or Toll-Free:             800-287-0301
Press 0 for a Customer Service Representative

**Amegy Bank - The "A" Bank**
**Amegy Bank, a division of Zions Bancorporation, N.A.**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | 6048 | $5,291.22 | |

## BUSINESS INSPIRE CHECKING 5796326048                                151    0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 9,210.69 | 8,771.92 | 12,691.39 | 0.00 | 5,291.22 |

### 4 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 05/10 | 5,693.03 | INTUIT 51815785 DEPOSIT 524771998795084REF # 023130001949631  1100752164 |
| 05/12 | 320.02 | ONLINE XFER FROM DDA ADLER JOSHUA ID: 000003532 2313810510 |
| 05/16 | 1,692.87 | STRIPE TRANSFER ST-X5L6V8J8G9O1REF # 023135006375241  1100522427 |
| 05/26 | 1,066.00 | Silica Services S 23.05 SourceEnergy REF # 023145005024654  1100538745 |

### 20 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 05/01 | 2,000.00 | WIRE/OUT-2023050100006907;BNF Medler Ferro Woodhouse & Mills  1311303905 |
| 05/01 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 05/01 | .51 | BILL.COM LLC BILLING 01B4FZXWMHGIEWHREF # 023121002554892  1100690407 |
| 05/02 | 16.00 | INTUIT 87317775 ACCT FE 524771998795084REF # 023122004579687  1100750550 |
| 05/02 | 114.38 | SSBTRUSTOPS P/R Contr REF # 023121003648412  1100730137 |
| 05/02 | 159.39 | AIRCALL ATQ778D 7HAH AIRCALL REF # 023121003544333  1100728581 |
| 05/03 | 67.16 | GUSTO FEE 833151 6semju5appm REF # 023123005953177  1100669335 |
| 05/05 | 30.00 | The Cannon The Cannon ST-M2Q2C2T9W9S0REF # 023124008192763  1100748291 |
| 05/09 | 87.00 | Guideline Retire Guidel ST-J5A6D5M2T1N7REF # 023128010682544  1100723545 |
| 05/10 | 156.81 | INTUIT 46619135 TRAN FE 524771998795084REF # 023130001947589  1100753901 |
| 05/12 | 34.10 | PAYPAL INST XFER REF # 023132004427995  1100574148 |
| 05/15 | 6,900.00 | WIRE/OUT-2023051500004397;BNF Medler Ferro Woodhouse & Mills  1311402765 |
| 05/15 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 05/15 | 850.66 | AFCO AFCO 0492147135 REF # 023132004676826  1100414627 |
| 05/15 | 20.00 | PAYPAL INST XFER REF # 023135005261196  1100451362 |
| 05/15 | 24.46 | SLACK T3Z1M6UH5 SLACK T3Z1 REF # 023135005362677  1100457894 |
| 05/18 | 24.00 | PAYPAL INST XFER REF # 023137008537141  1100531930 |
| 05/19 | 90.61 | INTUIT * QBooks Onl REF # 023138009017944  1100426752 |
| 05/19 | 566.31 | SINERGISE, LABOR IAT PAYPAL REF # 023139010177334  1106400089 |
| 05/31 | 1,500.00 | Pump Up Profits Payables REF # 023151008400085  1100675276 |

### 0 CHECKS PROCESSED

There were no transactions this period.



0135688-0000001-0284201

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

### PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM

You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

### CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS

As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

*For CHECK RESERVE accounts:* You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any

action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787 or 1-713- 235-8810, 1-214-754-9500 or 1-800-287-0301.

*For electronic transfers:* We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Amegy Bank, PO Box 27459, Houston, TX 77227-7459 or 1-713-235-8810, 1-214-754-9500 or 1-800-287-0301.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-287-0301.

### CHECK RESERVE PAYMENT OPTIONS

The minimum payment due on your Check Reserve account will automatically be debited from your checking account on the payment due date unless payment is made by one of the methods listed below:

1. Make a transfer online at www.amegybank.com.
2. Call the customer service number listed on page one of your statement and request a transfer from your checking account to your Check Reserve account.
3. Mail your payment to:
   Amegy Bank, PO Box 27459, Houston, TX 77227-7459
4. Make your payment at any Amegy Bank banking center.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Amegy Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

With Bank-at-Home, you have an Amegy Bank of Texas banking center everywhere you have an Internet connection.
**www.amegybank.com**

0135688-0000001-0284201

DocuSign Envelope ID: 59360D88-E536-4998-84D8-21EE0630D642



May 31, 2023
SOURCEWATER INC
6048

PO Box 26547, Salt Lake City, UT 84126-0547

...................................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | *Total for This Period* | *Total Year-to-Date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

...................................................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 7,185.18 | 05/10 | 12,247.47 | 05/18 | 6,382.14 |
| 05/02 | 6,895.41 | 05/12 | 12,533.39 | 05/19 | 5,725.22 |
| 05/03 | 6,828.25 | 05/15 | 4,713.27 | 05/26 | 6,791.22 |
| 05/05 | 6,798.25 | 05/16 | 6,406.14 | 05/31 | 5,291.22 |
| 05/09 | 6,711.25 | | | | |



A division of Zions Bancorporation, N.A. Member FDIC

0135688-0000002-0284202

DocuSign Envelope ID: 59360D88-F526-4988-8AD8-21EE0630D642

**Amegy Bank of Texas**

This page intentionally left blank

DocuSign Envelope ID: 50360D88-FE36-4993-8A08-21EE0630D649

663-10-01-00 20910  0 C 001 30   50 004
SOURCEWATER  INC
16  ROBIN  RD
RYE  NH   03870-2838

# Your account statement

For 05/31/2023

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

■ TRUIST SIMPLE BUSINESS CHECKING          9075

### Account summary

| | |
|---|---|
| Your previous balance as of 04/28/2023 | $320.02 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 320.02 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 05/31/2023 | = $0.00 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/10 | TRANSFER TO CHECKING ▇▇▇▇3471 05-10-23 | 320.02 |
| Total other withdrawals, debits and service charges | | = $320.02 |

0000005

Case 23-90086 Document 1631 Filed in TXSB on 06/02/23 Page 16 of 17

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, MMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the F RST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper as follows:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| | How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|---|
| | | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

**14 DAY 30 DAY BUDGET**

| INCOME | Jun 1-17 | June 18-30 | |
|---|---|---|---|
| | Budget | Budget | Total June |
| Opening Cash | 5,291.22 | 7,901.74 | |
| Cash Receipts | 5,927.02 | 193,063.89 | 198,990.91 |
| Employee Payroll | - | - | |
| BCBS TX | - | - | |
| Guardian Healthcare | - | | |
| Contract Services 1099 | - | | |
| Office rent | 30.00 | - | |
| Bankcard | | | |
| Quickbooks | - | 90.61 | |
| Meals & Travel | | | |
| Utilities (incls phone) | 160.84 | - | |
| Bank service charges | 25.00 | - | |
| Accounting | - | 1,500.00 | |
| Legal | 2,000.00 | 6,900.00 | |
| Insurance | 850.66 | | |
| Online Software | 250.00 | 600.00 | |
| Subchapter V Trustee | - | 1,000.00 | |
| Sales Tax Payable | | 714.22 | |
| Total Cash Disbursements | 3,316.50 | 10,804.83 | 14,121.33 |
| Cash on hand after disbursements | 7,901.74 | 190,160.80 | |

**Net cash flow**                                    **184,869.58**