# Exhibit A

Case 23-30060 Document 94-12 Filed in TXSB on 07/27/23 Page 1 of 2

# Sourcewater Income Projections

|  | 8/23-7/24 | 8/24-7/25 | 8/25-7/26 |
|---|---|---|---|
| **Income** | | | |
| **Sales** | | | |
| Current Data Base Subscriptions | $ 348,219.75 | $ 313,397.77 | $ 278,575.80 |
| New Subscriptions | $ - | $ - | $ - |
| Late Fees + CC Fees | $ - | $ - | $ - |
| Total Sales | $ 348,219.75 | $ 313,397.77 | $ 278,575.80 |
| **Cost of Goods Sold** | | | |
| Data Costs | $ - | $ - | $ - |
| Website Hosting & Support | $ 72,000.00 | $ 72,000.00 | $ 72,000.00 |
| Total Cost of Goods Sold | $ 72,000.00 | $ 72,000.00 | $ 72,000.00 |
| **Gross Profit** | $ 276,219.75 | $ 241,397.77 | $ 206,575.80 |
| | | | |
| **Expenses** | | | |
| Advertising | $ - | $ - | $ - |
| Bank Charges | $ - | $ - | $ - |
| Conference Fees | $ - | $ - | $ - |
| Industry Events/Materials | $ - | $ - | $ - |
| Insurance | $ 11,841.12 | $ 11,841.12 | $ 11,841.12 |
| Interest Expense | $ - | $ - | $ - |
| Meals and Entertainment | $ - | $ - | $ - |
| Memberships | $ - | $ - | $ - |
| Merchant Processing Fees | $ 3,482.20 | $ 3,133.98 | $ 2,785.76 |
| Office Expenses | $ - | $ - | $ - |
| Office Rent | $ 360.00 | $ 360.00 | $ 360.00 |
| Online Software & Subscriptions | $ 21,600.00 | $ 21,600.00 | $ 21,600.00 |
| Payroll | $ 47,405.99 | $ 50,669.89 | $ 48,928.79 |
| Product Consulting | $ - | $ - | $ - |
| Professional Fees / BK Admin & Priority Tax | $ 243,000.00 | $ 128,500.00 | $ 98,500.00 |
| Research & Development | $ - | $ - | $ - |
| Shipping & Postage | $ - | $ - | $ - |
| Taxes & Licenses | $ - | $ 2,500.00 | $ 2,500.00 |
| Travel | $ - | $ - | $ - |
| Utilities | $ - | $ - | $ - |
| **Total Expenses** | $ 327,689.30 | $ 218,604.99 | $ 186,515.67 |
| **Net Operating Income** | $ (51,469.56) | $ 22,792.79 | $ 20,060.13 |
| | | | |
| **Other Income** | | | |
| Total Other Income | $ - | $ - | $ - |
| | | | |
| **Other Expenses** | $ - | $ - | $ - |
| Total Other Expenses | $ - | $ - | $ - |
| Net Other Income | $ - | $ - | $ - |
| **Projected Disposable Income** | $ (51,469.56) | $ 22,792.79 | $ 20,060.13 |