# Exhibit B

**Liquidation Analysis**

| ASSETS | Estimated Liquidation Value |
|---|---:|
| Cash | $ - |
| Accounts Receivable | $ 7,973.20 |
| Software | $ - |
| Internet Domains | $ - |
| Patents | $ 640,000.00 |
| **Total Debtors' Assets at Liquidation** | **$ 647,973.20** |

| LIABILITIES | |
|---|---:|
| **Less: Total Estimated Administrative Expenses** | **$ 80,000.00** |
| Estimated Percentage Recovery on Administrative Claims | 100% |
| Balance Remaining For Secured/Priority Tax Claims | $ 567,973.20 |
| | |
| **Less: Total Secured/Priority Tax Claims** | **$ 16,404.26** |
| Estimated Percentage Recovery on Secured/Priority Tax Claims | 100% |
| Balance Remaining For Secured Claims | $ 551,568.94 |
| | |
| **Less: Total Secured Claims** | **$ 1,618,176.56** |
| Estimated Percentage Recovery on Secured Claims | |
| SBA | 100% |
| EDH | 11.10% |
| Joshua Adler | 0.00% |
| Balance Remaining For Priority Unsecured Claims | $ - |
| | |
| **Less: Total Priority Unsecured Claims** | **$ 13,650.00** |
| Estimated Percentage Recovery on Priority Unsecured Claims | 0% |
| Balance Remaining For General Unsecured Creditors | $ - |
| | |
| **Less: Total General Unsecured Claims** | **$ 7,108,583.43** |
| Estimated Percentage Recovery on General Unsecured Claims | 0% |