IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30960 (jpn)** |
| **Sourcewater, Inc.** *dba* **Sourcenergy,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | **Subchapter V** |

**SUPPLEMENT TO DECLARATION OF JARROD B. MARTIN PURSUANT TO 11 U.S.C. §§ 327 and 329(a) AND BANKRUPTCY RULES 2014 AND 2016(b)**

**JARROD B. MARTIN, BEING DULY SWORN ACCORDING TO LAW, UPON HIS OATH, SAYS:**

1. This Supplement to Declaration of Jarrod B. Martin ("**Declaration**") is provided for purposes of supplementing the prior *Declaration of Jarrod B. Martin*.[1] This Declaration also acts as a disclosure of compensation pursuant to 11 U.S.C. § 329(a), Rule 2014, and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure.

2. CHWWA received $25,000 from the Debtor on July 19, 2023 to be used as a retainer. However, the Debtor was only obligated to pay $22,587.00. The difference of $2,413.00 is in Chamberlain's trust account for the Debtor and will not be treated as a "retainer" unless allowed by the Court.

3. In connection with CHWWA's continuing duty to supplement its disclosures, this Declaration supplements the declaration filed previously.

I declare under penalty of perjury that the foregoing is true and correct.

---

[1] ECF No. 34.

Dated: July 28, 2023

          */s/ Jarrod B. Martin*
          Jarrod B. Martin
          State Bar No. 24070221
          CHAMBERLAIN, HRDLICKA, WHITE
              WILLIAMS & AUGHTRY, P.C.
          1200 Smith Street, Suite 1400
          Houston, Texas 77002
          P: 713-356-1280
          F: 713-658-2553
          E: Jarrod.Martin@chamberlainlaw.com

          *Counsel for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2023, a true and correct copy of the foregoing Declaration was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

          */s/ Jarrod B. Martin*
          Jarrod B. Martin