# Exhibit B

## ENVERUS IP CLAIMS DISCLOSURES[1]

As noted in the Debtor's Schedules and Plan Supplement, the Debtor believes it has causes of action against Enverus, Inc. ("**Enverus**"). Both the Debtor and Enverus provide geospatial data and intelligence for the energy industry through an online platform. The Debtor holds a number of patents relating to computer-implemented methods for processing images and other information to identify energy infrastructure and activity. The Debtor believes there is complete overlap between certain of its patented technologies and Enverus's commercial offerings, and thus the Debtor believes that Enverus is regularly infringing on one or more of the Debtor's patents.

As noted in the Disclosure Statement the Debtor has engaged Mintz to represent it in connection with the IP Claims against Enverus. The current milestone for the Debtor to commence litigation on the IP Claims is December 31, 2023, subject to extension with the consent of EDH or further order of this Court, and the Debtor intends to meet such milestone.

Based on its discussions with Mintz and its bankruptcy counsel, the Debtor believes that disclosures regarding estimated damages in a suit against Enverus are premature and would potentially harm the value or viability of the Debtor's claims against Enverus as, among other things, the Debtor has not had the opportunity to conduct discovery regarding its damages and even though the Debtor is filing these disclosures under seal, there is a risk that this exhibit is later unsealed and the Debtor may be prejudiced in its ability to seek damages in excess of such estimate. But based on the information available to the Debtor and consultation with its professionals, the Debtor believes that these claims are sufficiently large that, if successful, a Litigation Recovery could pay all Allowed Claims against the Debtor in full.

---

[1] The following disclosures are for informational purposes regarding the Amended Plan only. By making these disclosures, the Debtor reserves, and does not waive, any and all rights to assert claims, causes of action, defenses, or any other rights not discussed herein.