# Exhibit C

## B3 IP CLAIMS DISCLOSURES[1]

As noted in the Debtor's Schedules and Plan Supplement, the Debtor believes it has causes of action against B3. As noted above, the Debtor is in the process of engaging counsel to represent it in connection with the IP Claims against B3. Both the Debtor and B3 offer oilfield water data and intelligence through an online platform. The Debtor holds a number of patents relating to oilfield water data and intelligence. The Debtor believes there is overlap between certain of its patented technology and B3's commercial offerings, and thus the Debtor believes that B3 is regularly infringing of one or more of the Debtor's patents. Furthermore, the Debtor has reason to believe that B3 is improperly in possession of certain of the Debtor's trade secrets following B3's hiring of one of the Debtor's former consultants.

As discussed in Exhibit B to the Disclosure Statement, concerning the Debtor's IP Claims against Enverus, the Debtor believes that disclosures regarding estimated damages in a suit against B3 are premature and would potentially harm the value or viability of the Debtor's claims against B3 as, among other things, the Debtor has not had the opportunity to conduct discovery regarding its damages and even though the Debtor is filing these disclosures under seal, there is a risk that this exhibit is later unsealed and the Debtor may be prejudiced in its ability to seek damages in excess of such estimate.

---

[1] The following disclosures are for informational purposes regarding the Amended Plan only. By making these disclosures, the Debtor reserves, and does not waive, any and all rights to assert claims, causes of action, defenses, or any other rights not discussed herein.