IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SOURCEWATER, INC.,<br><br>            Debtor. | )<br>)<br>)  Case No. 23-30960 (JPN)<br>)<br>)  Chapter 11, Subchapter V<br>)<br>) |

**WITNESS AND EXHIBIT LIST**

| Judge: | Hon. Jeffrey P. Norman |
|---|---|
| Hearing Date: | October 19, 2023 |
| Hearing Time: | 1:30 p.m. prevailing Central Time |
| Party's Name: | Energy Debt Holdings LLC |
| Attorney's Name: | R. J. Shannon |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>• Confirmation of the Debtor's First Amended Plan of Reorganization Pursuant to §1190 of the Bankruptcy Code; and<br>• (*Tentative*) Debtor's Emergency Motion to Continue Hearing Set for October 19, 2023 at 1:30 p.m. and Set Status Conference |

Energy Debt Holdings LLC ("EDH") hereby submits this witness and exhibit list in connection with the hearing to be held on October 19, 2023, at 1:30 p.m. (Central Standard Time) (the "Hearing").

## WITNESSES

EDH may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. Joshua Adler;
2. Any witness called or designated by any other party; and
3. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other party.

## EXHIBITS

EDH may offer for admission into evidence any of the following exhibits, and any exhibit designated by any other party, at the Hearing:

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | EDH Senior Secured Credit Note | | | | |
| 2 | EDH Security Agreement | | | | |
| 3 | Subordination and Intercreditor Agreement | | | | |
| 4 | Debtor's Supplemental UCC-1 Certification [ECF No. 6] | | | | |
| 5 | Debtor's Voluntary Petition [ECF No. 1] | | | | |
| 6 | Debtor's Notice of Filing Statement of Cash Flows, Profit and Loss Statement, and Balance Sheet for Year Ending December 31, 2022 [ECF No. 33] | | | | |
| 7 | Debtor's Notice of Filing Statement of Cash Flows, Profit and Loss Statement, and Balance Sheet for the Period January 1, 2023 – March 17, 2023 [ECF No. 46] | | | | |
| 8 | Debtor's Schedules and Statement of Financial Affairs [ECF No. 36] | | | | |
| 9 | Liquidation Analysis (Ex. B) to First Amended Plan [ECF No. 159-2] | | | | |
| 10 | Liquidation Analysis (Ex. B) to Second Amended Plan [ECF No. 180-2] | | | | |
| 11 | Projected Disposable Income (Ex. A) to First Amended Plan [ECF No. 159-1] | | | | |
| 12 | Projected Disposable Income (Ex. A) to Second Amended Plan [ECF No. 180-1] | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 13 | US Patent #10565540 | | | | |
| 14 | US Patent #11556882 | | | | |
| 15 | US Patent #10467473 | | | | |
| 16 | US Patent #10726263 | | | | |
| 17 | US Patent #10460169 | | | | |
| 18 | US Patent #10915751 | | | | |
| 19 | US Patent #10339646 | | | | |
| 20 | US Patent #11004192 | | | | |
| 21 | US Patent #11379971 | | | | |
| 22 | US Patent #10460170 | | | | |
| 23 | US Patent #10719708 | | | | |
| 24 | US Patent #10635904 | | | | |
| 25 | US Patent #11048937 | | | | |
| 26 | US Patent #10810688 | | | | |
| 27 | US Patent #10975667 | | | | |
| 28 | US Patent #11184740 | | | | |
| 29 | US Patent #11601785 | | | | |
| 30 | US Patent #11333792 | | | | |
| 31 | Summary of Patents (Exhibits 13-30) | | | | |

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 32 | Energy Debt Holding, LLC's First Set of Interrogatories, Requests, for Production and Requests for Admission to the Debtor Regarding First Amended Plan of Reorganization | | | | |
| 33 | Debtor's responses and any responsive documents to Energy Debt Holding, LLC's First Set of Interrogatories, Requests, for Production and Requests for Admission to the Debtor Regarding First Amended Plan of Reorganization (forthcoming)[1] | | | | |

EDH reserves the right to supplement, amend or delete any witness and exhibits prior to the Hearing. EDH also reserves the right to (a) ask the Court to take judicial notice of any document, (b) introduce exhibits previously admitted and (c) introduce any exhibit necessary or appropriate to necessary to rebut the testimony of any witnesses called or designated by any other party or an exhibit introduced or designated by any other party.

Dated: October 17, 2023            SHANNON & LEE LLP

/s/ *R. J. Shannon*
R. J. Shannon
State Bar No. 24108062
rshannon@shannonleellp.com
2100 Travis Street, STE 1525
Houston, Texas 77002
Tel. (713) 714-5770

*Counsel to Energy Debt Holdings LLC*

---

[1] The deadline to respond to EDH's discovery requests was October 13, 2023. The Debtor and EDH have been negotiating regarding certain of the discovery requests and an extension agreed upon. EDH anticipates receiving responses thereto prior to the Hearing.