# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-30960 (jpn)** |
| **Sourcewater, Inc.** *dba* **Sourcenergy,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | **Subchapter V** |

## NOTICE OF FILING STATEMENT OF CASH FLOWS, PROFIT AND LOSS STATEMENT, AND BALANCE SHEET FOR YEAR ENDING DECEMBER 31, 2022

PLEASE TAKE NOTICE of the attached Debtor's:

1. Statement of Cash Flows;

2. Profit and Loss Statement; and

3. Balance Sheet.

Each of these financial documents are for the year ending December 31, 2022.

Dated: March 30, 2023

                                                  Respectfully submitted,

                                                  **CHAMBERLAIN, HRDLICKA, WHITE,**
                                                         **WILLIAMS & AUGHTRY, P.C.**

                                                By: */s/ Jarrod B. Martin*
                                                Jarrod B. Martin
                                                Texas Bar No. 24070221
                                                1200 Smith Street, Suite 1400
                                                Houston, Texas 77002
                                                D: 713.356.1280
                                                F: 713.658.2553
                                                E: jarrod.martin@chamberlainlaw.com

                                                *Proposed Counsel for Debtor*

# Sourcenergy, Inc.
## Statement of Cash Flows
### January - December 2022

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | | | | | | | |
| Net Income | -132,577.79 | -112,375.53 | -144,132.80 | -118,270.71 | -28,336.80 | -146,491.28 | -105,860.90 | -94,883.18 | -128,915.06 | -71,825.20 | -71,938.57 | -18,338.48 | -1,173,946.30 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | | | | | | | | | | | | 0.00 |
| Accounts Receivable | 65,035.79 | -1,707.29 | -33,505.87 | -30,115.22 | 16,375.05 | -149,398.55 | 215,520.87 | 34,503.14 | -15,844.33 | 10,914.71 | 16,627.06 | -74,478.27 | 53,927.09 |
| Due from Wellsite Navigator | | | | | | | | | | | 10,985.95 | | 10,985.95 |
| Prepaid Expenses | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | -4,158.00 | 454.83 | 454.83 | 454.83 | 454.83 | 454.83 | -1,283.85 |
| x Accumulated Depreciation | | | | | | | | | | | | -9,755.49 | -9,755.49 |
| Accounts Payable | -2,201.65 | 5,589.36 | 67,518.29 | -27,887.25 | 18,771.97 | -37,587.74 | 39,092.61 | -26,286.30 | 7,898.88 | -4,876.57 | 19,073.72 | -138,475.89 | -79,370.57 |
| CC - Amegy 9040 Control | 3,013.39 | 18,465.70 | 11,151.29 | -7,974.19 | 15,843.66 | 1,380.95 | 14,106.85 | 12,126.63 | 2,238.02 | 6,231.01 | 3,519.49 | -176,769.93 | -96,667.13 |
| Accrued Payroll Liability | | | | | | | | | 4,423.58 | 8,847.16 | 8,847.16 | 8,847.16 | 30,965.06 |
| Energy Debt Holdings LLC - Loan Payable | 150,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | | 12,871.23 | | | 26,335.21 | | | 39,946.17 | 529,152.61 |
| Payroll Clearing | 0.00 | 0.00 | 0.00 | 114.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 114.38 |
| Sales Tax Payable | -189.03 | -270.39 | 3,822.24 | -291.77 | 2,910.52 | -1,644.94 | 85.80 | -2,081.16 | 1,118.29 | -4,850.77 | -3,518.34 | 1,514.25 | -3,395.30 |
| Unearned Revenue | -30,724.05 | -19,610.06 | 20,096.35 | -13,081.44 | -572.20 | 151,623.45 | -54,767.99 | -29,130.15 | -20,699.06 | -5,073.02 | -57,508.87 | 57,131.75 | -2,315.29 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | $ 185,034.45 | $ 102,567.32 | $ 169,182.30 | $ 20,864.51 | $ 53,429.00 | -$ 22,655.60 | $ 209,880.14 | -$ 10,413.01 | $ 5,925.42 | $ 11,647.35 | -$ 1,519.00 | -$ 291,585.42 | $ 432,357.46 |
| **Net cash provided by operating activities** | $ 52,456.66 | -$ 9,808.21 | $ 25,049.50 | -$ 97,406.20 | $ 25,092.20 | -$ 169,146.88 | $ 104,019.24 | -$ 105,296.19 | -$ 122,989.64 | -$ 60,177.85 | -$ 73,457.57 | -$ 309,923.90 | -$ 741,588.84 |
| **INVESTING ACTIVITIES** | | | | | | | | | | | | | |
| Computers & Peripherals | | | | | | | | | | | | 24,043.23 | 24,043.23 |
| Fixed Asset Office Equipment | | | | | | | | | | | | 71,246.38 | 71,246.38 |
| Leasehold Improvements | | | | | | | | | | | | 19,539.21 | 19,539.21 |
| Security Deposits | | | | | | | | | | | | 5,496.00 | 5,496.00 |
| **Net cash provided by investing activities** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 120,324.82 | $ 120,324.82 |
| **FINANCING ACTIVITIES** | | | | | | | | | | | | | |
| Interest Accrued - Convertible Notes Investors | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 4,838.33 | 58,059.96 |
| Interest Accrued - Notes Payable Officer | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 39,600.00 |
| Note Payable-Officer | | | 0.00 | 25,000.00 | | 80,000.00 | | 50,000.00 | 100,000.00 | 50,000.00 | 44,014.05 | 50,000.00 | 399,014.05 |
| Notes Payable - EIDL Loan | | | | | 39,700.00 | | | | | | | -2,526.00 | 37,174.00 |
| **Net cash provided by financing activities** | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 33,138.33 | $ 47,838.33 | $ 88,138.33 | $ 8,138.33 | $ 58,138.33 | $ 108,138.33 | $ 58,138.33 | $ 52,152.38 | $ 55,612.33 | $ 533,848.01 |
| **Net cash increase for period** | $ 60,594.99 | -$ 1,669.88 | $ 33,187.83 | -$ 64,267.87 | $ 72,930.53 | -$ 81,008.55 | $ 112,157.57 | -$ 47,157.86 | -$ 14,851.31 | -$ 2,039.52 | -$ 21,305.19 | -$ 133,986.75 | -$ 87,416.01 |

## Sourcenergy, Inc.
## Profit and Loss
### January - December 2022

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
|   Sales | | | | | | | | | | | | | |
|     Data Base Subscriptions | 59,466.80 | 43,709.06 | 50,402.65 | 53,025.19 | 52,129.95 | 51,537.55 | 56,067.99 | 54,799.15 | 37,642.81 | 60,856.77 | 56,990.63 | 39,975.00 | 616,603.55 |
|     Late Fees + CC Fees | | | | | | 239.85 | | | | | | 165.82 | 405.67 |
|     Services | 1,911.15 | | 3,794.13 | 1,902.66 | 1,901.31 | | 1,902.66 | 2,278.95 | 1,901.31 | 1,902.66 | | | 17,494.83 |
|     x - Discounts/Refunds Given | | | | | | | | | | | | -325.00 | -325.00 |
|   **Total Sales** | $ 61,377.95 | $ 43,709.06 | $ 54,196.78 | $ 54,927.85 | $ 54,031.26 | $ 53,680.06 | $ 58,346.94 | $ 56,700.46 | $ 39,545.47 | $ 60,856.77 | $ 56,990.63 | $ 39,815.82 | $ 634,179.05 |
|   Uncategorized Income | | | | | | | | | | | | | 0.00 |
| **Total Income** | $ 61,377.95 | $ 43,709.06 | $ 54,196.78 | $ 54,927.85 | $ 54,031.26 | $ 53,680.06 | $ 58,346.94 | $ 56,700.46 | $ 39,545.47 | $ 60,856.77 | $ 56,990.63 | $ 39,815.82 | $ 634,179.05 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
|   Data Costs | 5,274.00 | 7,850.00 | 5,288.00 | 5,288.00 | 5,050.79 | 2,540.41 | 5,537.69 | 9,683.55 | 2,500.00 | 9,500.00 | 9,500.00 | 16,750.00 | 84,762.44 |
|   Website Hosting & Support | 9,828.98 | 475.72 | 430.77 | 2,708.35 | 10,856.73 | 11,049.58 | 10,904.87 | 11,734.52 | 10,783.68 | 9,542.41 | 6,809.01 | | 85,124.62 |
| **Total Cost of Goods Sold** | $ 15,102.98 | $ 8,325.72 | $ 5,718.77 | $ 7,996.35 | $ 15,907.52 | $ 13,589.99 | $ 16,442.56 | $ 21,418.07 | $ 13,283.68 | $ 19,042.41 | $ 16,309.01 | $ 16,750.00 | $ 169,887.06 |
| **Gross Profit** | $ 46,274.97 | $ 35,383.34 | $ 48,478.01 | $ 46,931.50 | $ 38,123.74 | $ 40,090.07 | $ 41,904.38 | $ 35,282.39 | $ 26,261.79 | $ 41,814.36 | $ 40,681.62 | $ 23,065.82 | $ 464,291.99 |
| **Expenses** | | | | | | | | | | | | | |
|   Advertising - Digital | 13,067.50 | 3,105.49 | 6,448.21 | 2,678.92 | 2,382.07 | 2,960.04 | 1,677.44 | 589.19 | 1,443.64 | 112.18 | 401.87 | -4,225.92 | 30,640.63 |
|   Advertising - Marketing | 4,490.83 | 2,510.29 | 12,942.72 | 10,272.02 | 2,562.10 | 31,653.72 | 9,148.58 | 15,435.79 | 9,329.59 | 2,412.21 | 6,172.79 | -8,756.71 | 98,173.93 |
|   Bank Charges | 689.66 | 515.81 | 574.58 | 485.80 | 67.10 | 163.66 | 41.05 | 41.56 | 25.51 | 91.56 | 27.85 | 42.84 | 2,766.98 |
|   Conference Fees | | 1,600.00 | 15,000.00 | 9,300.00 | | | | | | 2,750.00 | | -10,150.00 | 18,500.00 |
|   Energy Debt Holdings LLC - Interest Paid | | | 5,922.33 | | | 12,871.23 | | | 26,335.21 | | | 39,946.17 | 85,074.94 |
|   Fees & Permits | | | | | | | | | | | | 39.60 | 39.60 |
|   Industry Events/Materials | 20,000.00 | | 14,200.77 | 304.25 | 1,287.67 | 2,926.56 | | 450.00 | | | | | 39,169.25 |
|   Insurance | 1,384.78 | 1,384.78 | 1,384.78 | -1,897.30 | 1,056.38 | 1,056.38 | 1,056.38 | 1,411.21 | 1,704.79 | 1,205.49 | 1,205.49 | 1,205.49 | 12,158.65 |
|   Interest Expense | | | | | | 492.22 | | | | | | 622.17 | 1,114.39 |
|   Meals and Entertainment | | | | 371.93 | 28.41 | | | | 579.62 | | | | 979.96 |
|     Travel Meals | 63.37 | | 24.47 | 42.34 | 137.88 | 164.34 | | | | 438.93 | | | 871.33 |
|   **Total Meals and Entertainment** | $ 63.37 | $ 0.00 | $ 24.47 | $ 414.27 | $ 166.29 | $ 164.34 | $ 0.00 | $ 0.00 | $ 579.62 | $ 438.93 | $ 0.00 | $ 0.00 | $ 1,851.29 |
|   Memberships | 135.00 | | | | | | | | | | | | 135.00 |
|   Merchant Processing Fees | 140.66 | 139.61 | 111.28 | 121.28 | 139.61 | 111.28 | 356.32 | 154.94 | 116.61 | 164.94 | 116.61 | 143.59 | 1,816.73 |
|   Office Expenses | 520.82 | 577.73 | 439.87 | 506.39 | 662.89 | | 133.35 | | 385.12 | | 199.00 | | 3,425.17 |
|   Office Rent | 2,010.00 | 2,035.00 | 2,010.00 | 2,010.00 | 2,037.63 | 2,055.29 | 2,010.00 | 2,023.05 | 2,014.25 | 2,012.51 | 1,142.40 | -164,528.05 | -143,167.92 |
|   Online Software & Subscriptions | 6,427.24 | 6,146.57 | 3,170.32 | 8,238.31 | 5,057.02 | 6,233.31 | 4,355.63 | 5,866.99 | 2,650.47 | 3,071.87 | 4,719.75 | -6,308.60 | 49,628.88 |
|   Payroll | | | | | | | | | | | | | 0.00 |
|     Commissions | 4,837.55 | 9,173.64 | 1,380.31 | 4,749.64 | 854.39 | 7,396.83 | 5,018.97 | 12,088.60 | 5,507.76 | 365.14 | 5,602.14 | 933.83 | 57,908.80 |
|     Employer Taxes | 5,238.83 | 5,287.87 | 4,350.02 | 4,611.93 | 4,593.91 | 5,078.41 | 4,896.48 | 5,437.32 | 4,423.93 | 4,030.50 | 4,551.32 | 3,787.15 | 56,287.67 |
|     Health Care | 5,118.94 | 5,118.94 | 5,118.94 | 4,661.74 | 6,209.10 | 5,664.02 | 5,664.02 | 5,664.02 | 5,664.02 | 5,664.02 | 5,664.02 | 5,923.39 | 66,135.17 |
|     Health Care - Employee Deductible | -3,496.58 | -3,496.58 | -3,496.58 | -3,496.58 | -3,769.12 | -3,769.12 | -3,769.12 | -3,769.12 | -2,960.65 | -2,152.18 | -2,152.18 | -2,152.18 | -38,479.99 |
|     Processing Fees | 234.11 | 250.11 | 246.91 | 246.91 | 267.71 | 267.71 | 267.71 | 267.71 | 267.71 | 254.91 | 254.91 | 254.91 | 3,081.32 |
|     Severance Pay | | | | | | | | | 3,333.34 | | | | 3,333.34 |
|     Wages | 55,738.56 | 56,996.11 | 52,569.98 | 58,770.44 | 50,678.20 | 62,531.08 | 58,088.68 | 55,484.62 | 54,084.55 | 55,614.40 | 52,931.95 | 50,790.84 | 664,279.41 |
|   **Total Payroll** | $ 67,671.41 | $ 73,330.09 | $ 60,169.58 | $ 69,544.08 | $ 58,834.19 | $ 77,168.93 | $ 70,166.74 | $ 78,506.49 | $ 66,987.32 | $ 63,776.79 | $ 66,852.16 | $ 59,537.94 | $ 812,545.72 |
|   Product Consulting | | | | 20,000.00 | 10,000.00 | | 20,900.00 | | 10,000.00 | | | | 60,900.00 |
|   Professional Fees | | | | | | | | | | | | | 0.00 |
|     General | 6,271.60 | 9,445.00 | 7,490.00 | 3,196.30 | 2,550.00 | 12,314.70 | 3,272.50 | 1,957.51 | | 8,333.33 | | 8,333.33 | 63,164.27 |
|     Legal & Accounting | 21,564.75 | 15,032.50 | 17,195.00 | 12,252.50 | 10,594.00 | 6,353.04 | 6,552.50 | 1,500.00 | 7,086.88 | 1,500.00 | 3,430.50 | 3,236.25 | 106,297.92 |
|     Marketing Consulting | | | | | | | | | | | 6,750.00 | | 6,750.00 |
|     Patent Work | 1,650.00 | 12,666.98 | 11,899.80 | 12,388.00 | 7,828.00 | 15,973.49 | 12,798.10 | 8,421.95 | 10,732.00 | 3,813.80 | 10,445.72 | 2,647.88 | 111,265.72 |
|     Product Development | 21,446.40 | 7,910.50 | 17,849.20 | 3,023.00 | 4,210.00 | 4,900.00 | 4,500.00 | 4,500.00 | 4,355.00 | 6,300.00 | 8,350.00 | 4,610.75 | 91,954.85 |
|   **Total Professional Fees** | $ 50,932.75 | $ 45,054.98 | $ 54,434.00 | $ 30,859.80 | $ 25,182.00 | $ 39,541.23 | $ 27,123.10 | $ 16,379.46 | $ 22,173.88 | $ 26,697.13 | $ 22,226.22 | $ 18,828.21 | $ 379,432.76 |
|   Research & Development | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | | 400.00 |
|   Shipping & Postage | | | | | -70.00 | | | | | | | | -70.00 |
|   Taxes & Licenses | | | 164.05 | | | | | | | | | 3,964.11 | 4,128.16 |
|   Travel | 3,102.41 | 3,101.92 | 7,357.52 | 4,107.52 | 3,671.38 | 793.48 | 2,673.71 | 602.12 | 3,559.63 | 2,649.62 | 1,553.40 | -7,664.20 | 25,508.51 |
|   Utilities | 78.00 | 78.27 | 78.00 | 78.54 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | -175.68 | | 605.13 |
| **Total Expenses** | $ 170,714.43 | $ 139,620.54 | $ 184,472.48 | $ 157,063.88 | $ 113,154.33 | $ 178,443.02 | $ 139,626.95 | $ 121,963.92 | $ 147,038.52 | $ 105,501.23 | $ 104,481.86 | -$ 77,303.36 | $ 1,484,777.80 |
| **Net Operating Income** | -$ 124,439.46 | -$ 104,237.20 | -$ 135,994.47 | -$ 110,132.38 | -$ 75,030.59 | -$ 138,352.95 | -$ 97,722.57 | -$ 86,681.53 | -$ 120,776.73 | -$ 63,686.87 | -$ 63,800.24 | $ 100,369.18 | -$ 1,020,485.81 |
| **Other Income** | | | | | | | | | | | | | |
|   Other Income | | | | | 54,832.12 | | | | | | | | 54,832.12 |
| **Total Other Income** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 54,832.12 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 54,832.12 |
| **Other Expenses** | | | | | | | | | | | | | |
|   Ask My Client | | | | | | | | 63.32 | | | | | 63.32 |
|   Interest Expense-Convertible Notes | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 8,138.33 | 97,659.96 |
|   Loss on Fixed Asset Disposal | | | | | | | | | | | | 110,569.33 | 110,569.33 |
| **Total Other Expenses** | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 8,201.65 | $ 8,138.33 | $ 8,138.33 | $ 8,138.33 | $ 118,707.66 | $ 208,292.61 |
| **Net Other Income** | -$ 8,138.33 | -$ 8,138.33 | -$ 8,138.33 | -$ 8,138.33 | $ 46,693.79 | -$ 8,138.33 | -$ 8,138.33 | -$ 8,201.65 | -$ 8,138.33 | -$ 8,138.33 | -$ 8,138.33 | -$ 118,707.66 | -$ 153,460.49 |
| **Net Income** | -$ 132,577.79 | -$ 112,375.53 | -$ 144,132.80 | -$ 118,270.71 | -$ 28,336.80 | -$ 146,491.28 | -$ 105,860.90 | -$ 94,883.18 | -$ 128,915.06 | -$ 71,825.20 | -$ 71,938.57 | -$ 18,338.48 | -$ 1,173,946.30 |

# Sourcenergy, Inc.
## Balance Sheet
### As of December 31, 2022

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | | | | |
| Cash Clearing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Checking - Amegy 6048 | 61,622.71 | 37,452.83 | 73,180.66 | 8,862.79 | 76,793.32 | -14,215.23 | 87,942.34 | 30,784.48 | 20,933.17 | 16,393.65 | -7,411.54 | -16,026.00 |
| Checking - BB&T 9075 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 | 456.02 |
| Checking - TD Bank 5650 | 1,500.00 | 9,000.00 | 1,460.00 | 1,510.00 | 1,510.00 | 1,510.00 | 1,510.00 | 1,510.00 | 1,510.00 | 1,510.00 | 1,510.00 | 1,510.00 |
| Savings - Amegy Sweep 8818 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 | -254.88 |
| **Total Bank Accounts** | $ 63,323.85 | $ 46,653.97 | $ 74,841.80 | $ 10,573.93 | $ 78,504.46 | -$ 12,504.09 | $ 89,653.48 | $ 32,495.62 | $ 22,644.31 | $ 18,104.79 | -$ 5,700.40 | -$ 14,314.86 |
| **Accounts Receivable** | | | | | | | | | | | | |
| Accounts Receivable | 264,930.31 | 266,637.60 | 300,143.47 | 330,258.69 | 313,883.64 | 463,282.19 | 247,761.32 | 213,258.18 | 229,102.51 | 218,187.80 | 201,560.74 | 276,039.01 |
| **Total Accounts Receivable** | $ 264,930.31 | $ 266,637.60 | $ 300,143.47 | $ 330,258.69 | $ 313,883.64 | $ 463,282.19 | $ 247,761.32 | $ 213,258.18 | $ 229,102.51 | $ 218,187.80 | $ 201,560.74 | $ 276,039.01 |
| **Other Current Assets** | | | | | | | | | | | | |
| Due from Wellsite Navigator | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 10,985.95 | 0.00 | 0.00 |
| Prepaid Expenses | 13,121.17 | 13,021.17 | 12,921.17 | 12,821.17 | 12,721.17 | 12,621.17 | 16,779.17 | 16,324.34 | 15,869.51 | 15,414.68 | 14,959.85 | 14,505.02 |
| Undeposited Funds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Assets** | $ 24,107.12 | $ 24,007.12 | $ 23,907.12 | $ 23,807.12 | $ 23,707.12 | $ 23,607.12 | $ 27,765.12 | $ 27,310.29 | $ 26,855.46 | $ 26,400.63 | $ 14,959.85 | $ 14,505.02 |
| **Total Current Assets** | $ 352,361.28 | $ 337,298.69 | $ 398,892.39 | $ 364,639.74 | $ 416,095.22 | $ 474,385.22 | $ 365,179.92 | $ 273,064.09 | $ 278,602.28 | $ 262,693.22 | $ 210,820.19 | $ 276,229.17 |
| **Fixed Assets** | | | | | | | | | | | | |
| Computers & Peripherals | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 24,043.23 | 0.00 |
| Fixed Asset Office Equipment | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 71,246.38 | 0.00 |
| Intangible Assets | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 | 7,578.16 |
| Leasehold Improvements | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 19,539.21 | 0.00 |
| x Accumulated Depreciation | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | -9,755.49 | 0.00 |
| **Total Fixed Assets** | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 112,651.49 | $ 7,578.16 |
| **Other Assets** | | | | | | | | | | | | |
| Security Deposits | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 5,496.00 | 0.00 |
| **Total Other Assets** | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 5,496.00 | $ 0.00 |
| **TOTAL ASSETS** | $ 470,508.77 | $ 455,446.18 | $ 517,039.88 | $ 482,787.23 | $ 534,242.71 | $ 592,532.71 | $ 483,327.41 | $ 391,211.58 | $ 396,749.77 | $ 380,840.71 | $ 328,967.68 | $ 283,807.33 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | |
| Accounts Payable | 312,258.22 | 317,847.58 | 385,365.87 | 357,478.62 | 376,250.59 | 338,662.85 | 377,755.46 | 351,469.16 | 359,368.04 | 354,491.47 | 373,565.19 | 235,089.30 |
| **Total Accounts Payable** | $ 312,258.22 | $ 317,847.58 | $ 385,365.87 | $ 357,478.62 | $ 376,250.59 | $ 338,662.85 | $ 377,755.46 | $ 351,469.16 | $ 359,368.04 | $ 354,491.47 | $ 373,565.19 | $ 235,089.30 |
| **Credit Cards** | | | | | | | | | | | | |
| Total CC - Amegy 9040 Control | $ 28,237.09 | $ 28,209.72 | $ 38,520.00 | $ 45,918.36 | $ 54,407.30 | $ 57,677.77 | $ 58,754.48 | $ 60,696.17 | $ 72,249.25 | $ 75,795.32 | $ 81,625.62 | $ 49,699.39 |
| CC - Amegy 9040 Control CC - Amegy 0293 L McDougald | 49,812.50 | 53,305.57 | 49,146.58 | 33,774.03 | 36,128.75 | 24,239.23 | 27,269.37 | 27,454.31 | 23,139.25 | 23,324.19 | 18,513.38 | -958.03 |
| **Total Credit Cards** | $ 78,049.59 | $ 81,515.29 | $ 87,666.58 | $ 79,692.39 | $ 90,536.05 | $ 81,917.00 | $ 86,023.85 | $ 88,150.48 | $ 95,388.50 | $ 99,119.51 | $ 100,139.00 | $ 48,741.36 |
| **Other Current Liabilities** | | | | | | | | | | | | |
| Accrued Payroll Liability | 43,275.28 | 43,275.28 | 43,275.28 | 43,275.28 | 43,275.28 | 43,275.28 | 43,275.28 | 43,275.28 | 47,698.86 | 56,546.02 | 65,393.18 | 74,240.34 |
| Customer Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Energy Debt Holdings LLC - Loan Payable | 150,000.00 | 250,000.00 | 350,000.00 | 450,000.00 | 450,000.00 | 462,871.23 | 462,871.23 | 462,871.23 | 489,206.44 | 489,206.44 | 489,206.44 | 529,152.61 |
| Payroll Clearing | 777.50 | 777.50 | 777.50 | 891.88 | 891.88 | 891.88 | 891.88 | 891.88 | 891.88 | 891.88 | 891.88 | 891.88 |
| Sales Tax Payable | 15,570.54 | 15,300.15 | 19,122.39 | 18,830.62 | 21,741.14 | 20,096.20 | 20,182.00 | 18,100.84 | 19,219.13 | 14,368.36 | 20,854.02 | 12,364.27 |
| Unearned Revenue | 318,067.04 | 298,456.98 | 318,553.33 | 305,471.89 | 304,899.69 | 456,523.14 | 401,755.15 | 372,625.00 | 351,925.94 | 346,852.92 | 289,344.05 | 346,475.80 |
| **Total Other Current Liabilities** | $ 527,690.36 | $ 607,809.91 | $ 731,728.50 | $ 818,469.67 | $ 820,807.99 | $ 983,657.73 | $ 928,975.54 | $ 897,764.23 | $ 908,942.25 | $ 907,865.62 | $ 855,685.57 | $ 963,124.90 |
| **Total Current Liabilities** | $ 917,998.17 | $ 1,007,172.78 | $ 1,204,760.95 | $ 1,255,640.68 | $ 1,287,594.63 | $ 1,404,237.58 | $ 1,392,754.85 | $ 1,337,383.87 | $ 1,363,698.79 | $ 1,361,476.60 | $ 1,329,389.76 | $ 1,246,955.56 |
| **Long-Term Liabilities** | | | | | | | | | | | | |
| Convertible Note Payable-Investors | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 | 400,749.66 |
| Interest Accrued - Convertible Notes Investors | 76,809.94 | 81,648.27 | 86,486.60 | 91,324.93 | 96,163.26 | 101,001.59 | 105,839.92 | 110,678.25 | 115,516.58 | 120,354.91 | 125,193.24 | 130,031.57 |
| Interest Accrued - Notes Payable Officer | 29,450.00 | 32,750.00 | 36,050.00 | 39,350.00 | 42,650.00 | 45,950.00 | 49,250.00 | 52,550.00 | 55,850.00 | 59,150.00 | 62,450.00 | 65,750.00 |
| Note Payable-Officer | 600,000.00 | 600,000.00 | 600,000.00 | 625,000.00 | 625,000.00 | 705,000.00 | 705,000.00 | 755,000.00 | 855,000.00 | 905,000.00 | 949,014.05 | 999,014.05 |
| Notes Payable - EIDL Loan | 460,200.00 | 460,200.00 | 460,200.00 | 460,200.00 | 499,900.00 | 499,900.00 | 499,900.00 | 499,900.00 | 499,900.00 | 499,900.00 | 499,900.00 | 497,374.00 |
| Notes Payable - PPP Loan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Long-Term Liabilities** | $ 1,567,209.60 | $ 1,575,347.93 | $ 1,583,486.26 | $ 1,616,624.59 | $ 1,664,462.92 | $ 1,752,601.25 | $ 1,760,739.58 | $ 1,818,877.91 | $ 1,927,016.24 | $ 1,985,154.57 | $ 2,037,306.95 | $ 2,092,919.28 |
| **Total Liabilities** | $ 2,485,207.77 | $ 2,582,520.71 | $ 2,788,247.21 | $ 2,872,265.27 | $ 2,952,057.55 | $ 3,156,838.83 | $ 3,153,494.43 | $ 3,156,261.78 | $ 3,290,715.03 | $ 3,346,631.17 | $ 3,366,696.71 | $ 3,339,874.84 |
| **Equity** | | | | | | | | | | | | |
| APIC - Series A | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 | 7,682,645.91 |
| Series A Legal Fees | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 | -120,638.62 |
| **Total APIC - Series A** | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 | $ 7,562,007.29 |
| Common Stock | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| Retained Earnings | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 | -9,448,128.50 |
| Net Income | -132,577.79 | -244,953.32 | -389,086.12 | -507,356.83 | -535,693.63 | -682,184.91 | -788,045.81 | -882,928.99 | -1,011,844.05 | -1,083,669.25 | -1,155,607.82 | -1,173,946.30 |
| **Total Equity** | -$ 2,014,699.00 | -$ 2,127,074.53 | -$ 2,271,207.33 | -$ 2,389,478.04 | -$ 2,417,814.84 | -$ 2,564,306.12 | -$ 2,670,167.02 | -$ 2,765,050.20 | -$ 2,893,965.26 | -$ 2,965,790.46 | -$ 3,037,729.03 | -$ 3,056,067.51 |
| **TOTAL LIABILITIES AND EQUITY** | $ 470,508.77 | $ 455,446.18 | $ 517,039.88 | $ 482,787.23 | $ 534,242.71 | $ 592,532.71 | $ 483,327.41 | $ 391,211.58 | $ 396,749.77 | $ 380,840.71 | $ 328,967.68 | $ 283,807.33 |