# Exhibit B

## Liquidation Analysis

| ASSETS | Estimated Liquidation Value |
|---|---:|
| Cash | $ 209,210.49 |
| Accounts Receivable | $ 7,973.20 |
| Software | $ - |
| Internet Domains | $ - |
| Patents | $ 640,000.00 |
| Causes of Action [1] | $ - |
| **Total Debtors' Assets at Liquidation** | **$ 857,183.69** |

| LIABILITIES | |
|---|---:|
| Less: Total Estimated Administrative Expenses | $ 80,000.00 |
| Estimated Percentage Recovery on Administrative Claims | 100% |
| Balance Remaining For Secured/Priority Tax Claims | $ 777,183.69 |
| | |
| Less: Total Secured/Priority Tax Claims | $ 16,404.26 |
| Estimated Percentage Recovery on Secured/Priority Tax Claims | 100% |
| Balance Remaining For Secured Claims | $ 760,779.43 |
| | |
| Less: Total Secured Claims | $ 1,618,176.56 |
| Estimated Percentage Recovery on Secured Claims | |
| SBA | 100% |
| EDH | 50.70% |
| Joshua Adler | 0.00% |
| Balance Remaining For Priority Unsecured Claims | $ - |
| | |
| Less: Total Priority Unsecured Claims | $ 13,650.00 |
| Estimated Percentage Recovery on Priority Unsecured Claims | 0% |
| Balance Remaining For General Unsecured Creditors | $ - |
| | |
| Less: Total General Unsecured Claims | $ 7,108,583.43 |
| Estimated Percentage Recovery on General Unsecured Claims | 0% |

---

[1] The value of the Debtor's causes of action are listed at $0.00 for the purposes of this liquidation analysis due to the inherent uncertainty of litigation recoveries and a chapter 7 trustee's relatively limited ability to pursue the IP Claims.