# Exhibit B

**Liquidation Analysis**

| ASSETS | Estimated Liquidation Value |
|---|---:|
| Cash | $ 204,313.33 |
| Accounts Receivable | $ 7,973.20 |
| Software | $ - |
| Internet Domains | $ - |
| Patents | $ 640,000.00 |
| **Total Debtors' Assets at Liquidation** | **$ 852,286.53** |

| LIABILITIES | |
|---|---:|
| **Less: Total Estimated Administrative Expenses** | **$ 212,000.00** |
| Estimated Percentage Recovery on Administrative Claims | 100% |
| **Balance Remaining For Secured/Priority Tax Claims** | **$ 640,286.53** |
| | |
| **Less: Total Secured/Priority Tax Claims** | **$ 16,404.26** |
| Estimated Percentage Recovery on Secured/Priority Tax Claims | 100% |
| **Balance Remaining For Secured Claims** | **$ 623,882.27** |
| | |
| **Less: Total Secured Claims** | **$ 1,618,176.56** |
| Estimated Percentage Recovery on Secured Claims | |
| SBA | 100% |
| EDH | 24.80% |
| Joshua Adler | 0.00% |
| **Balance Remaining For Priority Unsecured Claims** | **$ -** |
| | |
| **Less: Total Priority Unsecured Claims** | **$ 13,650.00** |
| Estimated Percentage Recovery on Priority Unsecured Claims | 0% |
| **Balance Remaining For General Unsecured Creditors** | **$ -** |
| | |
| **Less: Total General Unsecured Claims** | **$ 7,108,583.43** |
| Estimated Percentage Recovery on General Unsecured Claims | 0% |