# Exhibit A

|  | 11/23-11/24 | 11/24-11/25 | 11/25-11/26 |
|---|---|---|---|
| **Income** | | | |
| **Sales** | | | |
| Current Data Base Subscriptions | $ 348,219.75 | $ 313,397.77 | $ 278,575.80 |
| New Subscriptions | $ - | $ - | $ - |
| Late Fees + CC Fees | $ - | $ - | $ - |
| Total Sales | $ 348,219.75 | $ 313,397.77 | $ 278,575.80 |
| **Cost of Goods Sold** | | | |
| Data Costs | $ - | $ - | $ - |
| Website Hosting & Support | $ 72,000.00 | $ 72,000.00 | $ 72,000.00 |
| Total Cost of Goods Sold | $ 72,000.00 | $ 72,000.00 | $ 72,000.00 |
| Gross Profit | $ 276,219.75 | $ 241,397.77 | $ 206,575.80 |
| | | | |
| **Expenses** | | | |
| Advertising | $ - | $ - | $ - |
| Bank Charges | $ - | $ - | $ - |
| Conference Fees | $ - | $ - | $ - |
| Industry Events/Materials | $ - | $ - | $ - |
| Insurance | $ 11,841.12 | $ 11,841.12 | $ 11,841.12 |
| Interest Expense | $ - | $ - | $ - |
| Meals and Entertainment | $ - | $ - | $ - |
| Memberships | $ - | $ - | $ - |
| Merchant Processing Fees | $ 3,482.20 | $ 3,133.98 | $ 2,785.76 |
| Office Expenses | $ - | $ - | $ - |
| Office Rent | $ 360.00 | $ 360.00 | $ 360.00 |
| Online Software & Subscriptions | $ 21,600.00 | $ 21,600.00 | $ 21,600.00 |
| Payroll | $ 29,995.00 | $ 35,000.74 | $ 35,000.00 |
| Product Consulting | $ - | $ - | $ - |
| Professional Fees / BK Admin & Priority Tax | $ 242,500.00 | $ 128,000.00 | $ 98,000.00 |
| Disbursement Agent Retainer | $ 6,500.00 | $ 6,000.00 | $ 6,000.00 |
| Research & Development | $ - | $ - | $ - |
| Shipping & Postage | $ - | $ - | $ - |
| Taxes & Licenses | $ - | $ 2,500.00 | $ 2,500.00 |
| Travel | $ - | $ - | $ - |
| Utilities | $ - | $ - | $ - |
| Total Expenses | $ 316,278.32 | $ 208,435.84 | $ 178,086.88 |
| Net Operating Income | $ (40,058.57) | $ 32,961.93 | $ 28,488.92 |
| | | | |
| **Other Income** | | | |
| Total Other Income | $ - | $ - | $ - |
| | | | |
| **Other Expenses** | $ - | $ - | $ - |
| Total Other Expenses | $ - | $ - | $ - |
| Net Other Income | $ - | $ - | $ - |
| Projected Disposable Income | $ (40,058.57) | $ 32,961.93 | $ 28,488.92 |